# EXHIBIT I


①

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

CHI 4005, LLC   )
_____ )
Plaintiff,       )   Case No. 2015 CH 4052
                 )
v.               )   Judge Kathleen G. Kennedy
                 )
Wellington & Pulaski Condo Assn )   SEP 25 2015
_____ )   Circuit Court – 1718
Defendant.       )

## TEMPORARY RESTRAINING ORDER WITHOUT NOTICE

This cause coming before the Court on Plaintiff's Motion for Temporary Restraining Order, NO NOTICE having been given; the Court having considered Plaintiff's evidence submitted in support of the proceeding without notice, Plaintiff's Verified Complaint, Plaintiff's Motion for Temporary Restraining Order, ~~Plaintiff's Memorandum of Law~~; finds as follows:

A. IT CLEARLY APPEARS FROM SPECIFIC FACTS SHOWN THAT IMMEDIATE & IRREPARABLE LOSS WILL RESULT TO PLAINTIFF BEFORE NOTICE CAN BE SERVED & A HEARING HAD ~~A. Plaintiff has shown that there is a strong probability that Defendant was served prior to hearing on Plaintiff's Motion for Temporary Restraining Order;~~

B. Plaintiff has shown that it has a clearly ascertainable right in need of protection;
C. Plaintiff has shown that there is a fair question that plaintiff will succeed on the merits;
D. Plaintiff has shown that it will suffer irreparable harm if an injunction does not issue, namely, the dissipation of assets of the Condo association and conversion of Condo association assets for personal gain _____ of the Board of the Association & Reed Somer
E. Plaintiff has shown that it has no adequate remedy at law.

Wherefore, IT IS ORDERED THAT:

1. Defendant is temporarily restrained from: (see page 2)

2. This Temporary Restraining Order remains in full force and effect until 9/29/2015 at 3:00 (a.m.)/p.m., unless sooner modified or dissolved but not longer than ten days.
3. For good cause shown bond is waived./ ~~This Temporary Restraining Order is conditioned upon plaintiff filing a surety bond in the amount of~~ _____
4. This Temporary Restraining Order is entered at 11:35 (a.m.)/p.m.
5. This case is set for status at 3 PM Status, 2015 at ~~9:15~~ a.m. in ~~Courtroom 2508~~ Room 2503 on 9/29/15

Attorney Name & No.: Howard Kilburg
Attorney For: CHI 4005, LLC
Firm: Kilburg + Associates
Telephone: 312-236-7723
773-266-6822

ENTERED: _____

1 of 4

Order (2/24/05) CCG N002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CHI 400 S, LLC

v.

Wellington & Pulaski Condo Assn

No. 2015 CH 4052

## ORDER

(2) It is further ordered JP Morgan Chase Bank NA is directed to freeze the following accounts until further order of court: (1) 7942 County Club Inc. (2) Wellington Pulaski Irrevocable Trust, James W Reed Jr, Trustee, (3) Wellington & Pulaski Condominium Assoc Inc., (4) Wellin & Pulaski Debtor In Possession Act.

(3) Defendants Reed and Somer are barred from writing any checks, transferring, assign any funds belonging to the accounts set out in paragraph 2. They are barred from transferring ownership of any condominium unit which the association has or to hold deeds for recordy

Atty. No.: _____

Name: _____

Atty. for: _____

Address: _____

City/State/Zip: _____

Telephone: _____

ENTERED:

Dated: _____, _____

Judge          Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Copy Distribution - White: 1. ORIGINAL - COURT FILE Canary: 2. COPY Pink: 3. COPY

Order                                                                 (2/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Chi Yous LLC

v.                                         No. _____

Wellington & Pulaski Condo Assoc Inc
et al.

### ORDER

(4) The Association, Reed & Soman are prevented from taking any action on behalf of or in the name of the Wellington & Pulaski Condo Assoc. until further notice of court.

(5) Reed & Soman are temporarily removed as members of the Board until further notice of court.

(6) Reed, Soman & the Association are ordered to deliver to the court clerk in Room 802 the entire books, records, minutes, bank accounts, ledgers, financial records & reports (Assoc. Board meetings, Association Annual minutes & notices) by 4:30 PM on Monday Sept 28, 2015

Atty. No.: 7249

Name: H. Kilbey

Atty. for: Plaintiff

Address: 1 N LaSalle #2200

City/State/Zip: Chgo Ill

Telephone: 773 266 6822

ENTERED:

Dated: _____

Judge                    Judge's No.

3 of 4

Order (2/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CH 4005 LLC

v.

Wellington Pulast. Condo Assoc et al.

No. 15 CH 14052

### ORDER

(7) Service may be effectuated by using the Email wellingtonPullast@gmail.com and ~~J.P.S.Law98@gmail.com~~ JPSLAW98@gmail.com

Atty. No.: 32249
Name: H. Kilberg
Atty. for: Plaintiff
Address: 1 N. LaSalle #2201
City/State/Zip: Chgo
Telephone: 773 266 6822

ENTERED:

Judge Kathleen G. Kennedy
Dated: SEP 25 2015
Circuit Court – 1718

Judge    Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Copy Distribution - White: 1. ORIGINAL - COURT FILE  Canary: 2. COPY  Pink: 3. COPY

4 of 4