## UNITED STATE BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re<br>**Wellington & Pulaski Condominium**<br>**Association Inc.,**<br>**Debtor.** | **Chapter 11 Case No. 15 B-035476**<br>**Judge Carol A. Doyle**<br>**Hearing Date: 12/02/2015**<br>**Hearing Time: 10:30 a.m.** |
| **CHI4005 LLC, an Illinois limited**<br>**liability company, 4003 Wellington 2,**<br>**Inc, an Illinois Corporation,**<br>**Plaintiff,**<br><br>                    **vs.**<br><br>**Wellington & Pulaski Condominium**<br>**Association Inc, an Illinois not-for-profit**<br>**corporation,    Wellington    Pulaski**<br>**Irrevocable    Trust, The    Board    of**<br>**Managers of the Wellington & Pulaski**<br>**Condominium, 7942 Country Club Inc,**<br>**an Illinois Not for Profit corp., 7942**<br>**Country Club Irrevocable Trust, James**<br>**Reed, James W Reed, James W Reed**<br>**Jr., George Somer, Leonardo Coppola**<br>**and Antonio Tapia,**<br>**Defendants,**<br><br>             **And**<br>**J P Morgan Chase Bank,**<br>**A necessary party solely to enforce the**<br>**order of court.** | **Adversary Proc. No. 15-00786**<br><br>**Removed from the Circuit Court**<br>**of Cook County, Illinois, Case No.**<br>**15 CH 14052** |

### EXHIBIT III, PART 2, TO MOVANTS' MOTION TO DISMISS
### IN CHAPTER 11 CASE NO. 15 B-035476
### AND TO
### MOVANTS' MOTION TO REMAND IN ADVERSARY PROCEEDING NO. 15-00786

Kenneth A. Henry, Esq. (ARDC No. 1193457)
Attorney for Movants
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 857-0100
khenry@kahlaw.com

{00210778.DOC /}1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is causing a copy of these Exhibits to be served

upon the following counsel of record by CM-ECF service, this 25th day of November 2015:

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Esther E Tryban Telser on behalf of Creditor City of Chicago, a municipal corporation
etrybantelser@cityofchicago.org

And by U.S. Mail on the 20th day of November 2015 to the following:

GEORGE OPARANOZIE, ESQ.
Options Law Group, P.C.
123 W. Madison Street, Suite 1400
Chicago, IL 60602
Attorney for Petitioning Creditors

PROVEST DE II Inc.
c/o Jeffrey Nelson [registered agent]
310 Busse Rd
Park Ridge, III 60068

PROVEST REALTY SERVICES INC
c/o Pro Vest De II Inc [registered agent]
161 N Clark Street #4700
Chicago, Illinois 60601

GEORGE SOMER
310 Busse Rd
Park Ridge, IL 60068

JAMES REED
c/o Chatt & Prince, P.C.
Robert Prince, Attorney at Law
16W347 83rd Street, Suite C
Burr Ridge, IL 60527

WELLINGTON & PULASKI CONDOMINIUM ASSOC. INC
c/o Pro Vest De II Inc [registered agent]
161 N Clark Street #4700
Chicago, Illinois 60601
7972 COUNTRY CLUB IRREVOCABLE TRUST
7942 W Country Club Lane

{00210778.DOC /}2

Elmwood Park, IL 60707


7942 COUNTRY CLUB INC
c/o Sonoma Eqx Inc [registered agent]
150 S Wacker Dr 24th Floor
Chicago, IL 60602

BOARD OF MANAGERS WELLINGTON & PULASKI CONDOMINIUM
2960 N Pulaski Rd
Chicago, IL.

WELLINGTON PULASKI IRREVOCABLE TRUST
150 N Michigan Ave #2800
Chicago, IL 60601


/s/Kenneth A. Henry
Kenneth A. Henry, Esq.



KENNETH A. HENRY, ESQ. (ARDC # 1193457)
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
312.857.0100/312.857.1157 (fax)
khenry@kahlaw.com