# EXHIBIT III
# PART 2