*File Number*          6542-907-1



# STATE OF ILLINOIS
## OFFICE OF
## THE SECRETARY OF STATE

## To all to whom these Presents Shall Come, Greeting:

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR WELLINGTON & PULASKI CONDOMINIUM ASSOCIATION, INC..



PLAINTIFF'S
EXHIBIT
B.2



### In Testimony Whereof, *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 4TH *day of* SEPTEMBER *A.D.* 2015 .

*Jesse White*

SECRETARY OF STATE

Authentication #: 1524702061 verifiable until 09/04/2016.
Authenticate at: http://www.cyberdriveillinois.com

**State of Illinois**
DOMESTIC CORPORATION
ANNUAL REPORT
General Not for Profit Corporation Act

Year: ___2015___   File #: ___6542-907-1___

FILED  Feb 05, 2015

**Jesse White, Secretary of State**

1. Corporation Name: WELLINGTON & PULASKI CONDOMINIUM ASSOCIATION, INC.

2. Registered Agent: PROVEST DE II INC

   Registered Office: 150 N MICHIGAN AVE STE 2800

   City, IL, ZIP, County: CHICAGO, IL  60601-7508  COOK COUNTY

3a. Date of Incorporation/Qualification: ___03/02/2007___   3b. State of Incorporation: ___IL___

4. Names and Addresses of Corporation's Officers and Directors:

| OFFICE | NAME | NUMBER & STREET | CITY | STATE | ZIP |
|--------|------|-----------------|------|-------|-----|
| PRESIDENT | GEORGE SOMER  2960 N PULASKI RD CHICAGO IL 60641 | | | | |
| SECRETARY | ALBERTO TAPIA 2960 N PULASKI RD CHICAGO IL 60641 | | | | |
| DIRECTOR | LEONARDO COPPOLA 2960 N PULASKI RD CHICAGO IL 60641 | | | | |
| DIRECTOR | JAMES REED 2960 N PULASKI RD CHICAGO IL 60641 | | | | |
| DIRECTOR | GEORGE SOMER 2960 N PULASKI RD CHICAGO IL 60641 | | | | |
| DIRECTOR | ALBERTO TAPIA 2960 N PULASKI RD CHICAGO IL 60641 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

5. Brief statement of type of activity the corporation is conducting:
   ILLINOIS CONDOMINIUM ASSOCIATION AND ANY LAWFUL PURPOSE.

6. Is this Corporation a Condominium Association as established under the Condominium Property Act? ☑ Yes ☐ No
   Is this a Cooperative Housing Corporation as defined in Section 216 of the Internal Revenue Code of 1954? ☐ Yes ☑ No
   Is this Corporation a Homeowner's Association, which administers a common-interest community as defined ☐ Yes ☑ No
   in subsection (c) of Section 9-102 of the code of Civil Procedure?

7. Address, including street and number, of Corporation's Principal Office:

   161 N CLARK STREET STE 4700 % PROVEST DE          CHICAGO          IL       60601
   Number and Street                                    City                State    ZIP Code

8. Under the penalty of perjury and as an authorized
   officer, I declare that this annual report, pursuant to
   provisions of the General Not for Profit Corporation Act,
   has been examined by me and is, to the best of my
   knowledge and belief, true, correct and complete.

   By   ALBERTO TAPIA
        Authorized Officer

        SECRETARY              Feb 05, 2015
        Title & Date

| Fee Summary |
|-------------|
| Filing Fee: $ 10.00 |
| Penalty: $ 0.00 |
| ————————— |
| Total Fee: $ 10.00 |
| Approved by: RJB |

This document was electronically generated at www.cyberdriveillinois.com

*File Number*      6854-276-6



## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR 7942 COUNTRY CLUB INC.



PLAINTIFF'S
EXHIBIT
C.1



**In Testimony Whereof,** *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this*   4TH

*day of*   SEPTEMBER   *A.D.*   2015   .

*Jesse White*

SECRETARY OF STATE

Authentication #: 1524701991 verifiable until 09/04/2016.
Authenticate at: http://www.cyberdriveillinois.com

FORM **NFP 102.10**
**ARTICLES OF INCORPORATION**
General Not For Profit Corporation Act
File # __68542766__

Filing Fee: $50
Approved By: ____JKM____

**FILED**
**JUN 20 2012**
**Jesse White**
**Secretary of State**

**Article 1.**
Corporate Name: __7942 COUNTRY CLUB INC__

**Article 2.**
Registered Agent: __ADAM S TRACY ESQ__

Registered Office: __800 W FIFTH AVENUE SUITE 201A__

__NAPERVILLE__      IL   60563        __DU PAGE COUNTY__

**Article 3.**
The first Board of Directors shall be _____3_____ in number, their Names and Addresses being as follows
JAMES REED   1751-D W HOWARD ST   CHICAGO IL 60626

GEORGE SOMER   1751-D W HOWARD ST   CHICAGO IL 60626

ADAM TRACY   1751-D W HOWARD ST   CHICAGO IL 60626

**Article 4.**    Purpose(s) for which the Corporation is organized:
Promoting the development, establishment, or expansion of industries.

Is this Corporation a Condominium Association as established under the Condominium Property Act?   ☐ Yes ☑ No
Is this a Cooperative Housing Corporation as defined in Section 216 of the Internal Revenue Code of 1954? ☐ Yes ☑ No
Is this Corporation a Homeowner's Association, which administers a common-interest community as defined ☐ Yes ☑ No
in subsection (c) of Section 9-102 of the code of Civil Procedure?

**Article 5.**    **Name & Address of Incorporator**
The undersigned incorporator hereby declares, under penalties of perjury, that the statements made in the foregoing Articles of Incorporation are true.

| JAMES REED | 1751-D W HOWARD STREET |
|---|---|
| Name | Street |

Dated _____JUNE 20_____, ___2012___    CHICAGO, IL 60626
      Month & Day      Year        City, State, ZIP

*File Number*        6854-276-6



# STATE OF ILLINOIS
## OFFICE OF
## THE SECRETARY OF STATE

## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services.  I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR 7942 COUNTRY CLUB INC.



PLAINTIFF'S
EXHIBIT
C. 2



*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 4TH *day of* SEPTEMBER *A.D.* 2015 .

*Jesse White*

SECRETARY OF STATE

Authentication #: 1524702027 verifiable until 09/04/2016.
Authenticate at: http://www.cyberdriveillinois.com

**State of Illinois**
DOMESTIC CORPORATION
ANNUAL REPORT
General Not for Profit Corporation Act

Year: _2015_   File #: _6854-276-6_

FILED  Jun 29, 2015

Jesse White, Secretary of State

1.  Corporation Name: 7942 COUNTRY CLUB INC

2.  Registered Agent: SONOMA EQX INC

Registered Office: 150 SOUTH WACKER DR 24TH FLR

City, IL, ZIP, County: CHICAGO, IL 60606  COOK COUNTY

3a.  Date of Incorporation/Qualification: ___06/20/2012___   3b.  State of Incorporation: ___IL___

4.  Names and Addresses of Corporation's Officers and Directors:

| OFFICE | NAME | NUMBER & STREET | CITY | STATE | ZIP |
|--------|------|-----------------|------|-------|-----|
| PRESIDENT | JAMES REED 310 BUSSE HWY  PARK RIDGE IL 60068 | | | | |
| SECRETARY | GEO SOMER 310 BUSSE HWY PARK RIDGE IL 60068 | | | | |
| DIRECTOR | JAMES REED 310 BUSSE HWY PARK RIDGE IL 60068 | | | | |
| DIRECTOR | GEORGE SOMER 310 BUSSE HWY PARK RIDGE IL 60068 | | | | |
| DIRECTOR | ADRIAN RUIZ 310 BUSSE HWY PARK RIDGE IL 60068 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

5.  Brief statement of type of activity the corporation is conducting:
ANY LAWFUL PURPOSE

6.  Is this Corporation a Condominium Association as established under the Condominium Property Act? ☐Yes ☑No
Is this a Cooperative Housing Corporation as defined in Section 216 of the Internal Revenue Code of 1954? ☐Yes ☑No
Is this Corporation a Homeowner's Association, which administers a common-interest community as defined ☐Yes ☑No
in subsection (c) of Section 9-102 of the code of Civil Procedure?

7.  Address, including street and number, of Corporation's Principal Office:

| 310 BUSSE HWY | PARK RIDGE | IL | 60068 |
|---------------|------------|-----|-------|
| Number and Street | City | State | ZIP Code |

8.  Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the General Not for Profit Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.

By   JAMES REED
     **Authorized Officer**

     PRESIDENT          Jun 29, 2015
     **Title & Date**

**Fee Summary**

Filing Fee: $ 10.00

Penalty: $ 3.00

Total Fee: $ 13.00

Approved by: MEJ

This document was electronically generated at www.cyberdriveillinois.com

FILED-1

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CHANCERY DIVISION 2014 OCT 10 AM 10: 57

CIRCUIT COURT OF COOK
COUNTY, ILLINOIS
CHANCERY DIV.

DOROTHY BROWN CLERK

SILVERLEAF FUNDING, LLC )
)
Plaintiff without capacity )
)
v. )          Case No. 13 CH 28231
)
7942 COUNTRY CLUB INC., an Illinois )
corporation; JAMES REED, individually )
and as TRUSTEE of 7942 COUNTRY )          Property Address:
CLUB IRREVOCABLE TRUST )          7942 West Country Club Lane
U/T/A/D 06/30/12 )          Elmwood Park, Illinois 60707
)

## AFFIDAVIT IN SUPPORT OF DEFENDANT JAMES REED'S VERIFIED MOTION TO

## QUASH SERVICE, MOTION TO INTERVENE AND

## MOTION TO VACATE ORDER OF DEFAULT JUDGMENT OF FORECLOSURE

JAMES REED, certifies in accordance with Section 1-109 of the Illinois Code of Civil

Procedure, and under penalties of perjury that were he called as a witness in the above-captioned

matter, he would competently testify as follows:

1.    I am a named defendant in the above-captioned matter.

2.    I first became aware of the suit at bar approximately July 1, 2014 after a friend, Lenny

      Coppola, forwarded a copy of the publication of the suit in the newspaper.

3.    I have not been in the state of Illinois for a substantial period of time since November

      2013 as a result of assisting and caring for my brother who was diagnosed with cancer.

      His medical treatment has taken place alternately in Houston, Texas, Little Rock,

      Arkansas and Richmond, Virginia.

4.    I am a trustee of the 7942 Country Club Irrevocable Trust, an Illinois trust administered in



PLAINTIFF'S
EXHIBIT
D

Houston, Texas at 3730 Kirby Drive, Suite 1200, Houston, Texas 77098.

5.      The subject property, commonly known as 7942 W Country Club Lane, Elmwood Park,

IL 60707, is a part of the corpus of the trust and has been since June 29, 2012.

6.      There are three beneficiaries of the trust: 7942 Country Club Inc., of which I am the

current president; Ipermi Inc., a not for profit Illinois corporation; and Matthew D. Reed,

a natural person, full time resident of the state of Virginia, and current active duty

military personnel holding the rank of Lt. Colonel in the United States Army National

Guard.

7.      On or about October 16, 2012, as trustee of the trust and as president of 7942 Country

Club Inc., I/we agreed to borrow a sum of $200,000.00 for a term of 2 years from

Riverdale Funding, LLC.

8.      At closing of the transaction, the documents were prepared in the name of Woodbridge

Financial, which was represented by counsel at closing.

9.      It was explained by the attorney present, Mr. LaCoulton Walls, that Woodbridge was the

mortgage funding source and that Riverdale Funding was the loan originator and servicer.

10.     On or about September 30, 2013, Riverdale Funding contacted me and stated that the loan

was due in full on October 15, 2013. I had been under the impression that the term of the

note was for 2 years and not 1.

11.     Riverdale stated that they would renew the note, but needed a payment of 6%

($12,000.00) for the renewal fee.

12.     After some communication back and forth, I/we decided that we would refinance the loan

elsewhere.

13.     After review of the title to the property, it was discovered that Woodbridge had made

several assignments of the note and mortgage for collateral purposes.

14. After requesting from Woodbridge's attorney, Robert Reed, a release of those assignments, Woodbridge ceased communication with me/us. This was approximately November 1, 2013.

15. After learning of the litigation at bar, in early July 2014 I reviewed the Cook County Recorder's web site and discovered that:

A) an assignment of note and mortgage had been granted from Woodbridge to Silvereaf funding and recorded on December 20, 2013;

B) a collateral assignment from Woodbridge to Douglas W. Wise and Marla K. Wise of Woodland Park, Colorado had been recorded as a mortgage against the property on January 23, 2014 (see Exhibit 1 attached hereto);

C) a collateral assignment from Woodbridge to Provident Trust Group, LLC FBO John C. Miller IRA, an individual retirement account governed by the federal ERISA Act, and located in Las Vegas, Nevada, had also been recorded on January 24, 2014. *Exh. 2*

16. I have contacted Burnett Title company and several lenders and been told that I can not refinance the property until such time as these "clouds" on title are cleared.

17. It is unclear as to which entity holds legal rights to the original note, mortgage, assignment of rents and personal guaranty.

18. The actions of Woodbridge have impaired the fee title interest of 7942 Country Club Inc and the 7942 Country Club Irrevocable Trust and my personal guaranty.

Further Affiant Sayeth Not,

JAMES REED, INDIVIDUALLY AND AS TRUSTEE
FOR 7942 COUNTRY CLUB IRREVOCABLE TRUST
310 Busse Highway
Park Ridge, Illinois 60068
(312) 893-6440

Page 3 of 4

## VERIFICATION BY CERTIFICATION

      Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I, James Reed, certify that the statements set forth in this instrument are true and correct, except as to those matters therein stated to be on information and belief, and as to such matters I certify as aforesaid that I verily believe the same to be true.

                            Dated 10/10/14

                  James Reed

STATE OF ILLINOIS    )
                     ) ss.
COUNTY OF COOK    )

This instrument was acknowledged before me on this _10th_ day of _October_, 20 _14_, by James Reed, individually and personally known to me, and who represented him/her self as the Trustee of 7942 COUNTRY CLUB IRREVOCABLE TRUST under trust agreement dated June 30, 2012..

(SEAL)

Illinois Notary Public

OFFICIAL SEAL
SANDRA L GIUDICE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/22/18



**WELLINGTON PULASKI IRRV TRUST** 02-14
**JAMES W. REED JR. TRUSTEE**
312-470-6321
150 N. MICHIGAN AVE., STE. 2800
CHICAGO, IL 60601-7586

5036

DATE 04/05/2015

PAY TO THE ORDER OF Orkin Commercial Services    $ 240.00

Two hundred forty and no/100 DOLLARS

**CHASE** ⭘
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Pestcontrol contract

Trustee

⑆071000013⑆    433639908⑈5036



**PLAINTIFF'S EXHIBIT**
E

## Wellington & Pulaski Condominium Association, Inc.

(an Illinois not-for-profit condominium association)

### Ownership Roster and Budgeted Assessments

(as of January 01, 2013)

| Unit # | PIN | Common Address | Percent Ownership | Owner of Record / Mortgagee | Operations 2013 | Special Assessments Capital | Legal | Special 2013 | 2013 Installment Payments PER UNIT Per Month |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | $80,400.00 | $100,000.00 | $75,000.00 | $68,972.00 | |
| Cmmcl 1 | 1001 | 2954 N Pulaski | 10.216% | Provost Realty Services Inc / J. Reed, President | 684.47 | 10,216.00 | 7,662.00 | 7,046.18 | 2,122.99 |
| Cmmcl 2 | 1002 | 2956 N Pulaski | 6.907% | Provost Realty Services Inc / J. Reed, President | 462.77 | 6,907.00 | 5,180.26 | 4,763.90 | 1,435.34 |
| Cmmcl 3 | 1003 | 2958 N Pulaski | 6.355% | Provost Realty Services Inc / Coppola, Vice President | 425.79 | 6,355.00 | 4,766.25 | 4,383.17 | 1,320.63 |
| 4003 #1 | 1004 | 4003 W Wellington | 3.981% | A. Train / WellsFargo Bank / FNMA | 266.73 | 3,981.00 | 2,985.75 | 2,745.78 | 827.29 |
| 4005 #1 | 1005 | 4005 W Wellington | 3.655% | R. OBrien / WellsFargo / FHLMC | 244.89 | 3,655.00 | 2,741.25 | 2,520.93 | 759.55 |
| 4007 #1 | 1006 | 4007 W Wellington | 7.959% | F. Hernandez / Aurora Loan Serv / FHLMC / Lehman Bros | 533.25 | 7,959.00 | 5,969.25 | 5,489.48 | 1,653.96 |
| 4009 #1 | 1007 | 4009 W Wellington | 8.669% | 4009 Wellington 1 Inc / B. Surowka, President | 580.82 | 8,669.00 | 6,501.75 | 5,979.18 | 1,801.50 |
| 2956 #2 | 1008 | 2956 N Pulaski | 4.800% | H.Cancilla / DeutscheBank National Trust Co trustee | 321.60 | 4,800.00 | 3,600.00 | 3,310.66 | 997.49 |
| 2958 #2 | 1009 | 2958 N Pulaski | 4.951% | I. Vega / Nationstar Mortgage / WellingtonPulaski Condos | 331.72 | 4,951.00 | 3,713.25 | 3,414.80 | 1,028.87 |
| 4003 #2 | 1010 | 4003 W Wellington | 3.981% | Makendry Inc (mortgagee) / WP Condos / B. Surowka, Pres | 266.73 | 3,981.00 | 2,985.75 | 2,745.78 | 827.29 |
| 4005 #2 | 1011 | 4005 W Wellington | 3.655% | Makendry Inc / G. Somer, VP | 244.89 | 3,655.00 | 2,741.25 | 2,520.93 | 759.55 |
| 4007 #2 | 1012 | 4007 W Wellington | 4.407% | J. Barbieri / IndyMac Isb / FNMA | 295.27 | 4,407.00 | 3,305.25 | 3,039.60 | 915.82 |
| 4009 #2 | 1013 | 4009 W Wellington | 4.335% | J. Barbieri / EMC Mortgage / ChaseBank / FNMA | 290.45 | 4,335.00 | 3,251.25 | 2,989.94 | 900.86 |
| 2956 #3 | 1014 | 2956 N Pulaski | 4.800% | C. Rasilla / OneWest Bank / Chase Bank | 321.60 | 4,800.00 | 3,600.00 | 3,310.66 | 997.49 |
| 2958 #3 | 1015 | 2958 N Pulaski | 4.951% | R. OBrien / BankofAmerica | 331.72 | 4,951.00 | 3,713.25 | 3,414.80 | 1,028.87 |
| 4003 #3 | 1016 | 4003 W Wellington | 3.981% | G. Barbieri / HSBC Bank | 266.73 | 3,981.00 | 2,985.75 | 2,745.78 | 827.29 |
| 4005 #3 | 1017 | 4005 W Wellington | 3.655% | Belmont Bank / Chicago Properties Express / WP Condos | 244.89 | 3,655.00 | 2,741.25 | 2,520.93 | 759.55 |
| 4007 #3 | 1018 | 4007 W Wellington | 4.407% | J. Barbieri / EMC Mortgage / FNMA | 295.27 | 4,407.00 | 3,305.25 | 3,039.60 | 915.82 |
| 4009 #3 | 1019 | 4009 W Wellington | 4.335% | A. Tapia | 290.45 | 4,335.00 | 3,251.25 | 2,989.94 | 900.86 |

*Handwritten notes:*

cwm (800) 933 9455

1751-D W Howard St. #248
Chicago, IL 60909

Chase Quick Collect

Wellington Pslaski @ gmail.com

PLAINTIFF'S EXHIBIT F

*File Number*        6938-511-7



# STATE OF ILLINOIS
## OFFICE OF
## THE SECRETARY OF STATE

## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services.  I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 3 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR RED TRADING INC.

PLAINTIFF'S
EXHIBIT
_____
G

*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 21ST *day of* SEPTEMBER *A.D.* 2015 .



*Jesse White*

SECRETARY OF STATE

Authentication #: 1526401949 verifiable until 09/21/2016.
Authenticate at: http://www.cyberdriveillinois.com

FORM **NFP 102.10**
**ARTICLES OF INCORPORATION**
General Not For Profit Corporation Act
File # 69385117

Filing Fee: $50
Approved By: _____ JXR _____

**FILED**
**JAN 11 2014**
**Jesse White**
**Secretary of State**

**Article 1.**
Corporate Name: RED TRADING INC

**Article 2.**
Registered Agent: PROVEST DE II INC

Registered Office: 150 N MICHIGAN AVE STE 2800

CHICAGO                    IL   60601-7508              COOK COUNTY

**Article 3.**
The first Board of Directors shall be _____ 3 _____ in number, their Names and Addresses being as follows
JAMES REED 150 N MICHIGAN AVE #2800 CHICAGO IL 60601

GEORGE SOMER 150 N MICHIGAN AVE #2800 CHICAGO IL 60601

ADRIAN RUIZ 150 N MICHIGAN AVE #2800 CHICAGO IL 60601

**Article 4.**    Purpose(s) for which the Corporation is organized:
Charitable.

Benevolent.

Athletic.

Scientific.

Research.

See page 2 for more purposes
Is this Corporation a Condominium Association as established under the Condominium Property Act?        ☐ Yes ☑ No
Is this a Cooperative Housing Corporation as defined in Section 216 of the Internal Revenue Code of 1954?  ☐ Yes ☑ No
Is this Corporation a Homeowner's Association, which administers a common-interest community as defined  ☐ Yes ☑ No
in subsection (c) of Section 9-102 of the code of Civil Procedure?.
**Article 5.    Name & Address of Incorporator**
The undersigned incorporator hereby declares, under penalties of perjury, that the statements made in the foregoing Articles of
Incorporation are true.

JAMES REED                              150 N MICHIGAN AVE #2800
Name                                     Street
Dated _____ JANUARY 11 _____ , _____ 2014 _____   CHICAGO, IL  60601
Month & Day              Year        City, State, ZIP

FORM **NFP 102.10 - Page 2**
**ARTICLES OF INCORPORATION**
General Not For Profit Corporation Act
File # **69385117**

Filing Fee: $50
Approved By: _____ JXR _____

**FILED**
**JAN 11 2014**
**Jesse White**
**Secretary of State**

**Article 4.**   (Continued from Page 1) Purpose(s) for which the Corporation is organized:
Promoting the development, establishment, or expansion of industries.

Any purpose permitted to be exempt from taxation under Section 501(c) or 501(d) of the United States Internal Revenue Code, as now in or hereafter amended.

Anniversary JANUARY

County  COOK

STATE OF ILLINOIS
Office Of
THE SECRETARY OF STATE

N 6938-511-7
File Number

### CERTIFICATE OF DISSOLUTION OF DOMESTIC CORPORATION
### NOT FOR PROFIT

WHEREAS it appears that

RED TRADING INC
% PROVEST DE II INC
150 N MICHIGAN AVE STE 2800
CHICAGO IL  60601-7508

011114



being a corporation organized under the laws of the State of Illinois relating to Domestic

Corporations, has failed to **file an annual report**

as required by the provisions of "General Not For Profit Corporation Act" of the State of

Illinois, in force January 1, A.D. 1987, and all acts amendatory thereof; AND WHEREAS,

said acts provided that upon failure to  **file an annual report**

the Secretary of State shall dissolve the corporation.

NOW THEREFORE, the Secretary of State of the State of Illinois, hereby dissolves

the above corporation in pursuance of the provisions of the aforesaid Act.



IN TESTIMONY WHEREOF, I hereto set my hand and

cause to be affixed the Great Seal of the State of Illinois.

Done at the City of Springfield,

this **12TH day of JUNE,**      **A.D. 2015**

*Jesse White*

Secretary of State

H001052

**WELLINGTON & PULASKI CONDOMINIUM ASSOCIATION, INC.**
an Illinois Homeowners' Association

---

### PROOF OF OWNERSHIP BY CORPORATE ENTITY
### AND
### STATEMENT OF AUTHORIZED CORPORATE OFFICER

     I, the undersigned, do hereby state upon oath and affirmation that I am the duly authorized corporate officer of the below denoted corporate fee title owner of the below denoted Unit member of the Wellington & Pulaski Condominium Association and that I have full authority to bind said corporate owner, without restriction, and to vote on behalf of the corporate owner without limitation.

_____

Signature

_____        _____

Printed Name                       Unit Address and #

_____        _____

Title                               Date of Recording of Deed

_____        _____

Street Address                    If Deed is unrecorded, attach
_____        Notarized copy hereto

City, State, Zip Code

_____

Phone number

_____

e-mail

_____

Signature of Notary Public attesting

_____

Seal of Notary Public

NOTICE:    Failure to timely provide complete information above w̶i̶l̶l̶ ̶r̶e̶s̶u̶l̶t̶ ̶i̶n̶ ̶
              admittance to the Annual Meeting.

PLAINTIFF'S
EXHIBIT
_____

CM/ECF - District of Minnesota - Live

4DIV,CLOSED

# U.S. District Court
## U.S. District of Minnesota (DMN)
### CRIMINAL DOCKET FOR CASE #: 0:98-cr-00176-DSD-AJB-1

Case title: USA v. Reed

Date Filed: 06/17/1998
Date Terminated: 04/15/1999

---

Assigned to: Senior Judge David S. Doty
Referred to: Chief Mag. Judge Arthur J. Boylan

Appeals court case number: 99-2103MNST

### Defendant (1)

**James W Reed**
*TERMINATED: 04/15/1999*

represented by **James W Reed**
6334 North Sheridan Road, 4C
Chicago, IL 60660
PRO SE

**Daniel M Scott**
Kelley, Wolter & Scott, P.A.
431 S Seventh Street; Suite 2530
Mpls, MN 55415
(612) 371-9090
Fax: (612) 371-0574
Email: dscott@kelleywolter.com
*TERMINATED: 03/15/2004*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Katherine Menendez**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612-664-5858
Fax: 612-664-5850
Email: kate_menendez@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Mark A Paige**



Law Firm Unknown
*TERMINATED: 04/15/1999*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1344(1) BANK FRAUD<br>(5s) | BOP 46 months; supervised release 5 years; special assessment $100.00; restitution of $278,111.86 payable to U.S. Bank |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1344(1) BANK FRAUD<br>(1) | Dismissed |
| 18:1344(1) BANK FRAUD<br>(1s) | Dismissed |
| 42:408(a)(7)(B) USE OF FALSE SOCIAL SECURITY NUMBER<br>(2) | Dismissed |
| 18:1957 MONEY LAUNDERING<br>(2s-4s) | Dismissed |
| 42:408(a)(7)(B) USE OF A FALSE SOCIAL SERCURITY NUMBER<br>(6s) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Garnishee**
**Arthur Engelland & Associates**          represented by **Arthur Engelland & Associates**
39 South La Salle Street
Chigago, IL 60603
PRO SE

**Garnishee**

**Chase Bank**                                      represented by   **Chase Bank**
                                                                    1825 West Lawrence Avenue
                                                                    Chicago, IL 60640
                                                                    PRO SE

---

**Garnishee**

**Morrissey & Associates Trustee**                 represented by   **Morrissey & Associates Trustee**
                                                                    39 South La Salle Street
                                                                    Chicago, IL 60603
                                                                    PRO SE

---

**Garnishee**

**Bank of America**                                represented by   **Bank of America**
                                                                    963 West Belmont Avenue
                                                                    Chicago, IL 60657
                                                                    PRO SE

---

**Plaintiff**

**United States of America**                       represented by   **Mark D Larsen**
                                                                    Lindquist & Vennum PLLP
                                                                    80 S 8th St Ste 4200
                                                                    Mpls, MN 55402
                                                                    612-371-3211
                                                                    Fax: 612-371-3207
                                                                    Email: mlarsen@lindquist.com
                                                                    *TERMINATED: 03/15/2004*
                                                                    *LEAD ATTORNEY*

                                                                    **Paul A Murphy**
                                                                    US Attorney's Office
                                                                    316 North Robert Street
                                                                    Suite 404
                                                                    INACTIVE
                                                                    St. Paul, MN 55101
                                                                    651-848-1931
                                                                    Fax: 651-848-1943
                                                                    Email: deb.kapinos@usdoj.gov
                                                                    *TERMINATED: 03/15/2004*
                                                                    *LEAD ATTORNEY*

                                                                    **Elizabeth C Peterson**
                                                                    Law Firm Unknown
                                                                    INACTIVE
                                                                    *TERMINATED: 12/21/2007*

**Mary L Trippler**
United States Attorney's Office
300 S 4th St Ste 600
INACTIVE
Minneapolis, MN 55415
612-664-5600
Fax: 612-664-5788
Email: usamnecf.flu@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/1998 | 1 | INDICTMENT assigned to Judge David S. Doty, referred to Magistrate Judge Arthur J. Boylan by USA Mark D Larsen. Counts filed against James W Reed (1) counts 1 & 2. Warrant issued for James W Reed. 4 pgs ( (Entered: 06/17/1998) |
| 06/17/1998 | | BENCH WARRANT issued for James W Reed by Judge Ann D. Montgomery ( (Entered: 06/17/1998) |
| 06/17/1998 | | ORAL ORDER by Judge Ann D. Montgomery sealing case ( (Entered: 06/17/1998) |
| 06/18/1998 | | Per Mark Larsen case unsealed. ( (Entered: 06/18/1998) |
| 06/18/1998 | 2 | MINUTES: before Magistrate Judge Franklin L. Noel first appearance of James W Reed ; detention ordered; detention & arraignment set for 10:30 on 6/23/98 before JEC; PD appt'd. Tape: 2 672. 1 pg ( (Entered: 06/22/1998) |
| 06/18/1998 | 3 | TEMPORARY ORDER of Detention of James W Reed by Magistrate Judge Franklin L. Noel (cc: all counsel). 1 pg ( (Entered: 06/22/1998) |
| 06/19/1998 | 4 | MOTION for detention by USA as to James W Reed. 3 pgs ( (Entered: 06/22/1998) |
| 06/23/1998 | 5 | MINUTES before Magistrate Judge J. Earl Cudd for DETENTION HEARING as to James W Reed: deft detained; Mark A Paige appears as counsel; exhibit 1 rec'd. Tape 98-14-730-1015. (1 page) (PJS) (Entered: 06/24/1998) |
| 06/23/1998 | 6 | EXHIBIT LIST AND EXHIBIT of USA as to defendant James W Reed re 6/23/98 detention hearing before JEC. (6 pages) (PJS) (Entered: 06/24/1998) |
| 06/23/1998 | 7 | MINUTES before Magistrate Judge J. Earl Cudd re deft James W Reed ARRAIGNED; not guilty plea entered to counts 1 & 2; atty present; pretrial motions filed by 7/8/98; motion hearing set for 9:15 a.m. on 7/15/98 before AJB. (No dates for voir dire/jury instructions or trial.) Tape 98-14-730-1015. (1 page) (PJS) (Entered: 06/24/1998) |
| 06/23/1998 | 8 | ARRAIGNMENT ORDER by Magistrate Judge J. Earl Cudd as to James W Reed. Same as minutes, Doc. #7. (cc: all counsel) Date Signed: 6/23/98. (2 pages) (PJS) (Entered: 06/24/1998) |

| 06/29/1998 | 9 | CJA Form 20 Copy 4 (Appointment of Counsel) appointing Mark A. Paige, as to defendant James W Reed. 1pg (LEG) (Entered: 06/29/1998) |
| 07/02/1998 | 10 | MOTION for discovery pursuant to Rule 16 by James W Reed. (6 pages) (PJS) (Entered: 07/02/1998) |
| 07/02/1998 | 12 | ORDER OF DETENTION without bond of James W Reed by Magistrate Judge J. Earl Cudd (cc: all counsel). 5 pages (PJS) (Entered: 07/07/1998) |
| 07/06/1998 | 11 | ORDER by Magistrate Judge Arthur J. Boylan motion hearing rescheduled for 10:30 a.m. on 7/15/98 for James W Reed (cc: all counsel) Date Signed: 7/6/98. 1pg (LEG) (Entered: 07/07/1998) |
| 07/06/1998 | 13 | MOTION to recalendar motion hearing by USA as to James W Reed. (2 pages) ( (Entered: 07/07/1998) |
| 07/15/1998 | 14 | NOTICE of motion rescheduled to 2:30 p.m. on 8/10/98 before AJB. (LEG) (Entered: 07/16/1998) |
| 07/15/1998 | 15 | BENCH Warrant returned executed as to James W Reed 6/18/98. 1pg (LEG) (Entered: 07/16/1998) |
| 07/29/1998 | 16 | MOTION for govt agents to retain rough notes by James W Reed. (2 pages) (PJS) (Entered: 07/30/1998) |
| 07/29/1998 | 17 | MOTION for early disclosure of Jencks Act material by James W Reed. (2 pages) (PJS) (Entered: 07/30/1998) |
| 07/29/1998 | 18 | MOTION AND MEMORANDUM for list of govt witnesses by James W Reed. (3 pages) (PJS) (Entered: 07/30/1998) |
| 07/29/1998 | 19 | MOTION AND MEMORANDUM to compel the disclosure of evidence favorable to the deft by James W Reed. (3 pages) (PJS) (Entered: 07/30/1998) |
| 07/29/1998 | 20 | MOTION AND MEMORANDUM for disclosure of 404 evidence by James W Reed. (4 pages) (PJS) (Entered: 07/30/1998) |
| 07/29/1998 | 21 | MOTION AND MEMORANDUM for participation in voir dire by James W Reed. (9 pages) (PJS) (Entered: 07/30/1998) |
| 07/29/1998 | 22 | MOTION to suppress evidence obtained as a result of search and seizure by James W Reed. (2 pages) (PJS) (Entered: 07/30/1998) |
| 07/29/1998 | 23 | MOTION to seal documents by James W Reed. (2 pages) (PJS) (Entered: 07/30/1998) |
| 07/29/1998 | 24 | MOTION to return documents by James W Reed. [second part of Doc. #23] (PJS) (Entered: 07/30/1998) |
| 07/30/1998 | 25 | MOTION to compel handwriting exemplars by USA as to James W Reed. (3 pages) (PJS) (Entered: 07/31/1998) |
| 08/03/1998 | 26 | CONSOLIDATED RESPONSE by USA to deft James Reed's pretrial motions. (12 pages) (PJS) (Entered: 08/04/1998) |
| 08/10/1998 | 27 | MINUTES before Magistrate Judge Arthur Boylan re PRETRIAL MOTION |

| | | |
|---|---|---|
| | | HEARING as to deft James W. Reed: Motions taken under advisement. Court Reporter: Colleen Sichko/Shaddix. (1 page) (PJS) (Entered: 08/12/1998) |
| 08/10/1998 | 29 | EXHIBITS & EXHIBIT LIST of USA as to deft James W Reed re pretrial motions heairng on 8/10/98 before AJB. (31 pages) (PJS) (Entered: 08/17/1998) |
| 08/13/1998 | 28 | NOTICE OF ASSIGNMENT OF CASE FOR TRIAL: jury trial set for 9:00 a.m. on 10/5/98 before MJD for James W Reed. (1 page) (PJS) (Entered: 08/14/1998) |
| 08/17/1998 | 30 | ORDER ON MOTIONS by Magistrate Judge Arthur J. Boylan as to deft James Reed (1) granting govt's motion to compel handwriting exemplars [25-1]; (2) granting deft's motion for discovery pursuant to Rule 16 [10-1]; (3) granting deft's motion for disclosure of 404 evidence [20-1]; (4) granting deft's motion to compel the disclosure of evidence favorable to the deft [19-1]; (5) deft's motion for early disclosure of Jencks Act material [17-1] is denied as moot; (6) granting deft's motion for govt agents to retain rough notes [16-1]; (7) denying deft's motion for participation in voir dire [21-1]; (8) deft's motion for list of govt witnesses [18-1] is denied as moot; (9) granting deft's motion to seal documents [23-1] and taking under advisement deft's motion to return documents [24-1]; and (10) taking under advisement deft's motion to suppress evidence obtained as a result of search and seizure. (cc: all counsel) (4 pages) (PJS) (Entered: 08/18/1998) |
| 08/20/1998 | 31 | REPORT and RECOMMENDATION by Magistrate Judge Arthur J. Boylan date signed: 8/19/98 recommending that deft's motion to suppress evidence obtained as a result of search and seizure be denied [22-1]. RR Ruling deadline set for 9/19/98. (cc: all counsel) 4 pages (PJS) (Entered: 08/20/1998) |
| 09/15/1998 | 32 | MEMORANDUM by deft James W Reed in support of motion to seal documents and return documents to deft. [24-1] 3 pages (PJS) (Entered: 09/16/1998) |
| 09/15/1998 | 33 | STATUS REPORT from govt regarding deft's motion to seal and return purportedly privileged documents. (3 pages) (PJS) (Entered: 09/16/1998) |
| 09/15/1998 | 34 | MOTION re calendaring of due dates for briefs & submission of purportedly priviliged documents for the court' review by USA as to James W Reed. [second part of Doc. #33] (PJS) (Entered: 09/16/1998) |
| 09/16/1998 | 35 | SUPERSEDING INDICTMENT against James W. Reed counts 1s-6s. 8pgs (LEG) (Entered: 09/17/1998) |
| 09/24/1998 | 36 | ORDER (Magistrate Judge Arthur J. Boylan / date signed 9/24/98) disclosure due 9/29/98; pretrial motions due 10/6/98; arraignment on superseding indictment & motion hearing set for 9:00 on 10/14/98 before AJB; voir dire due 10/26/98; trial set for 9:00 on 11/2/98 for James W Reed before DSD. (cc: all counsel). 1 pg ( (Entered: 09/24/1998) |
| 09/24/1998 | 37 | RESPONSE by plaintiff USA to deft's motion to seal [23-1], and return douments purportedly covered by an attorney-client privilege [24-1]. 7pgs (LEG) (Entered: 09/24/1998) |
| | | |

| 09/29/1998 | 38 | ORDER (Judge David S. Doty / date signed 9/29/98) denying deft James Reed's motion to suppress evidence obtained as a result of search and seizure [22-1]. [31-1] (cc: all counsel) 1 page (PJS) (Entered: 09/29/1998) |
| 10/06/1998 | 39 | MOTION to dismiss indictment for failure to state an offense by James W Reed 1 pg(s) ( (Entered: 10/07/1998) |
| 10/06/1998 | 40 | MEMORANDUM by defendant James W Reed in support motion to dismiss indictment for failure to state an offense [39-1] 2 pgs ( (Entered: 10/07/1998) |
| 10/06/1998 | 41 | MOTION to compel gov't to provide def't reasonable access to counsel by James W Reed 1 pg(s) ( (Entered: 10/07/1998) |
| 10/06/1998 | 42 | MEMORANDUM by defendant James W Reed in support motion to compel gov't to provide def't reasonable access to counsel [41-1] 3 pgs ( (Entered: 10/07/1998) |
| 10/06/1998 | 43 | MOTION for disclosure of specific evidence by James W Reed 1 pg(s) ( (Entered: 10/07/1998) |
| 10/06/1998 | 44 | MEMORANDUM by defendant James W Reed in support of motion for disclosure of specific evidence [43-1] 2 pgs ( (Entered: 10/07/1998) |
| 10/06/1998 | 45 | MOTION for election or consolidate by gov't by James W Reed 1 pg(s) ( (Entered: 10/07/1998) |
| 10/06/1998 | 46 | MEMORANDUM by defendant James W Reed in support motion for election or consolidate by gov't [45-1] 2 pgs ( (Entered: 10/07/1998) |
| 10/06/1998 | 47 | MOTION for reciprocal discovery as required by Rule 16 by USA as to James W Reed. (2 pages) (PJS) (Entered: 10/09/1998) |
| 10/09/1998 | 48 | CONSOLIDATED RESPONSE by USA to deft's second submission of pretrial motions. (9 pages) (PJS) (Entered: 10/09/1998) |
| 10/14/1998 | 49 | MINUTES before Magistrate Judge Arthur J. Boylan for MOTION HEARING re deft James Reed: Motions taken under advisement. Court Reporter: Deb Foster. (1 page) (PJS) (Entered: 10/14/1998) |
| 10/22/1998 | 50 | ORDER (Magistrate Judge Arthur J. Boylan / date signed 10/22/98) granting govt's motion for reciprocal discovery as required by Rule 16 [47-1], finding the motion to compel gov't to provide def't reasonable access to counsel [41-1] moot, finding the motion for disclosure of specific evidence [43-1] moot as to James W Reed. Motion to dismiss #39 & consolidation #45 will be ruled on in a separate R & R. (cc: all counsel). 2 pgs ( (Entered: 10/22/1998) |
| 10/23/1998 | 51 | ORDER ON DISCOVERY OF DOCUMENTS SUBMITTED FOR IN CAMERA INSPECTION (Magistrate Judge Arthur J. Boylan / date signed 10/22/98) grantng in part/denying in part def't's motion to return documents [24-1] as to James W Reed. Privileged materials shall be placed in a separate sealed envelope and shall be retained in the court's file. Copies of privileged materials shall be sent to deft. Non-privileged materials are subject to the govt's seizure and shall be disclosed to the prosecution. (cc: all counsel) 2 pages (PJS) (Entered: 10/23/1998) |

| 10/23/1998 | 52 | PRIVILEGED DOCUMENTS as to James W Reed. --filed under seal per Order, Doc. #51-- (PJS) (Entered: 10/23/1998) |
| 10/23/1998 | 53 | REPORT and RECOMMENDATION by Magistrate Judge Arthur J. Boylan date signed 10/22/98 recommending that deft's motions for election or consolidation by govt [45-1] and to dismiss indictment for failure to state an offense be denied. RR Ruling deadline set for 11/22/98 for James W Reed. (cc: all counsel) 4 pages (PJS) (Entered: 10/23/1998) |
| 10/23/1998 | 54 | EXHIBIT & EXHIBIT LIST of govt as to deft James W Reed re motion hearing before AJB on 10/14/98. (6 pages) (PJS) (Entered: 10/23/1998) |
| 10/26/1998 | 55 | MEMORANDUM by plaintiff USA re: (1) Admissibility of deft's statements regarding charged crimes and (2) admissibility of Rule 404(b) evidence. 14 pgs ( (Entered: 10/27/1998) |
| 11/02/1998 | 56 | MOTION (pro se) for replacement counsel by James W Reed. (3 pages) (PJS) (Entered: 11/03/1998) |
| 11/02/1998 | 57 | MINUTES before Judge David S. Doty denying deft's pro se motion for replacement counsel [56-1] as to James W Reed. Jury trial continued to 9:00 a.m. on 11/17/98. Court Reporter: Ed Rafel. (1 page) (PJS) (Entered: 11/03/1998) |
| 11/02/1998 | 58 | ORDER (Judge David S. Doty / date signed 11/2/98) as to James W Reed that the defense shall return to the govt all copies of grand jury transcripts, Jencks Act statements, FBI 302s, and memoranda of interviews at the close of the trial, or in the event a conviction is returned, immediately after the deft has been sentenced. (cc: all counsel) 1 page (PJS) (Entered: 11/03/1998) |
| 11/04/1998 | 59 | OBJECTIONS by defendant James W Reed report & recommendation re: the dismissal & election by gov't [53-1] 2pg(s) (LEG) (Entered: 11/05/1998) |
| 11/04/1998 | 60 | ORDER (Judge David S. Doty / date signed 11/4/98) denying motion to dismiss indictment for failure to state an offense [39-1] as to James W Reed, denying motion for election or consolidate by gov't [45-1] as to James W Reed adopting report & recommendation [53-1]. RR Ruling Deadline satisfied (cc: all counsel). 3pgs (LEG) (Entered: 11/05/1998) |
| 11/12/1998 | 61 | MOTION AND EXHIBITS in limine for order permitting impeachment of deft by prior convictions by USA as to James W Reed. (14 pages) (PJS) (Entered: 11/13/1998) |
| 11/13/1998 | 62 | MOTION in limine to admit summary schedule and charts refelcting checks kited by deft by USA as to James W Reed. (80 pages) (PJS) (Entered: 11/16/1998) |
| 11/16/1998 | 63 | EXPARTE APPLICATION and ORDER FOR ISSUANCE OF SUBPOENAS ON BEHALF OF DEFT as to James W Reed by Judge David S. Doty. (cc: deft's atty, USM) 3 pages UNSEALED 7/23/99 per Order # 73. (PJS) Modified on 07/27/1999 (Entered: 11/16/1998) |
| 11/17/1998 | 64 | MINUTES: before Judge David S. Doty James W Reed enters guilty plea to Ct 5; Counts 1-4 and 6 to be dismissed at sentencing; referred to PO for PSI; |

| | | |
|---|---|---|
| | | deft informed of $100.00 special assessment; deft in custody Court Reporter: Ed Rafel (1pg) (BLW (Entered: 11/17/1998) |
| 11/17/1998 | 65 | PLEA AGREEMENT AND SENTENCING STIPULATIONS as to James W Reed (6pgs) (BLW) (Entered: 11/17/1998) |
| 04/15/1999 | 66 | MINUTES before Judge David S. Doty for SENTENCING James W Reed (1) count(s) 5s: BOP 46 months; supervised release 5 years; special assessment $100.00; restitution of $278,111.86 payable to U.S. Bank; Counts 1-4 & 6 of superseding indictment and original indictment dism'd; deft returned to custody. Court Reporter: Edward Rafel. (1 page) (PJS) (Entered: 04/16/1999) |
| 04/15/1999 | 67 | JUDGMENT/STATEMENT OF REASONS as to deft James W Reed by Judge David S. Doty (dated 4/15/99). (Copies dist'd) 7 pgs (PJS) (Entered: 04/16/1999) |
| 04/23/1999 | 68 | NOTICE OF APPEAL TO THE EIGHTH CIRCUIT COURT OF APPEALS [filed by atty Mark Paige] as to deft James W. Reed from judgment of DSD filed 4/15/99 [67-1]. (copies dist'd) 3 pgs (PJS) (Entered: 04/26/1999) |
| 04/23/1999 | | DELIVERED TWO CERTIFIED COPIES of each of the following to the Court of Appeals, St. Paul Office: Revised information sheet, Notice of Appeal, Order or Judgment and Docket entries as to defendant James W Reed. (PJS) (Entered: 04/26/1999) |
| 04/29/1999 | | NOTIFICATION BY CIRCUIT COURT of Appellate Docket Number 99-2103MNST as to defendant James W Reed. (PJS) (Entered: 04/30/1999) |
| 05/04/1999 | 69 | Clerk's Record on Appeal delivered to the 8th Circuit Court as to James W Reed (cc: Counsel). 4pgs (LEG) (Entered: 05/04/1999) |
| 05/13/1999 | 70 | JUDGMENT returned executed as to James W Reed on 5/5/99 to FCI, Waseca, Waseca, MN (7pgs) (BLW) (Entered: 05/14/1999) |
| 05/17/1999 | 71 | TRANSCRIPT OF guilty plea held 11/17/98 before David S. Doty as to defendant James W Reed (Court Reporter:E. Rafel) (SEPARATE) ( (Entered: 05/17/1999) |
| 05/17/1999 | 72 | TRANSCRIPT OF sentencing held 4/15/99 before David S. Doty as to defendant James W Reed (Court Reporter:E. Rafel) (SEPARATE) ( (Entered: 05/17/1999) |
| 07/23/1999 | 73 | ORDER (Judge David S. Doty / date signed 7/22/99) that exparte application & order for issuance of subpoenas on behalf of deft James W Reed, doc # 63 is hereby unsealed (cc: all counsel). 1pg (LEG) (Entered: 07/27/1999) |
| 07/24/2000 | 74 | CERTIFIED COPY OF OPINION FROM USCA (MCMILLIAN) (HANSEN) (MORRIS SHEPPARD ARNOLD) - J; filed 6/29/00 affirming the judgment of the District Court [68-1] as to James W Reed. 2pgs (LEG) (Entered: 07/24/2000) |
| 07/24/2000 | 75 | CERTIFIED COPY OF JUDGMENT FROM USCA as to defendant James W Reed that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court. MANDATE ISSUED 7/20/00 |

| | | (copies dist'd). 1pg (LEG) (Entered: 07/24/2000) |
|---|---|---|
| 07/03/2002 | 76 | PRO SE MOTION for appointment of counsel by James W Reed 5pg(s) (LEG) (Entered: 07/05/2002) |
| 07/03/2002 | 77 | ORDER (Senior Judge David S. Doty / date signed 7/2/02) denying deft's motion for appointment of counsel [76-1] as to James W Reed (cc: AUSA & deft). 2pgs (LEG) (Entered: 07/05/2002) |
| 06/23/2003 | 78 | PETITION and ORDER on supervised release; that conditions be modified to include that deft participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group as to James W Reed by Senior Judge David S. Doty. (cc: AUSA, deft & PO) 2 pg ( Modified on 06/24/2003 (Entered: 06/24/2003) |
| 07/23/2003 | 79 | CHANGE OF ADDRESS by defendant James W Reed. 1 pg ( (Entered: 07/28/2003) |
| 12/09/2003 | 80 | PETITION and ORDER on Supervised Release; that a summons be issued and the deft be brought before the Court to show cause why supervision should not be revoked as to James W Reed by Senior Judge David S. Doty. (cc: all counsel, USM & PO) (summons issued) 3 pgs ( Modified on 12/27/2003 (Entered: 12/11/2003) |
| 12/23/2003 | 82 | MINUTES: before Magistrate Judge J. Earl Cudd for first appearance on supervised release violation as to James W Reed. Deft did not appear. Bench warrant to be issued. Final revocation hearing set for 1:45 on 1/14/04 before DSD . 1pg (LEG) (Entered: 12/29/2003) |
| 12/24/2003 | 81 | SUMMONS executed upon James W Reed on 12/11/03 2pgs (BLW (Entered: 12/26/2003) |
| 01/27/2004 | 83 | BENCH Warrant returned executed as to James W Reed 1/26/04, on failure to appear for supervised release violation hearing (1pg) (BLW (Entered: 01/28/2004) |
| 02/06/2004 | 84 | RULE 40 DOCUMENTS RECEIVED from District of Arizona as to James W Reed consisting of minutes of 1/26/04 (deft detained), order appointing counsel, financial affidavit, minutes of 1/29/04, waiver of Rule 5(c)(3) hearings, commitment to another district. (cc: USAtty, PD, DSD, AJB, FLN, JEC, PO, USM) 7 pages (PJS) (Entered: 02/06/2004) |
| 03/11/2004 | 85 | Minute Entry for proceedings held before Judge J Earl Cudd :Initial Appearance re Revocation of Supervised release as to James W Reed held on 3/11/2004. Detention and Preliminary Revocation Hearing set for 3/16/2004 10:30 AM before Magistrate Judge J Earl Cudd. Manny Atwal appears, counsel to be appt'd. (LEG) (Entered: 03/12/2004) |
| 03/15/2004 | | Attorney Paul Anthony Murphy for govt added. Attorney Katherine Menendez for James W Reed added per PD. Attorney Mark D Larsen and Daniel Martin Scott terminated. (PJS) (Entered: 03/15/2004) |
| 03/15/2004 | 87 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITION for USA (BLW) |

| | | (Entered: 03/16/2004) |
|---|---|---|
| 03/16/2004 | 86 | Minute Entry for proceedings held before Judge J Earl Cudd :Detention and Preliminary Revocation Hearing as to James W Reed held on 3/16/2004. Final Hearing re Revocation of Supervised Release set for 4/15/2004 01:30 PM before Senior Judge David S Doty. (Tape #2004 6 1785-2430) (LEG) (Entered: 03/16/2004) |
| 03/16/2004 | 88 | ORDER OF DETENTION as to James W Reed . Signed by Magistrate Judge J Earl Cudd on 3/16/04. 4pgs (BLW) (Entered: 03/17/2004) |
| 03/31/2004 | 89 | TRANSCRIPT of Proceedings as to James W Reed held on 3/16/04 before Judge Magistrate Judge J. Earl Cudd. Court Reporter: Lisa M. Thorsgaard 10pgs (Separate) (BLW) (Entered: 04/01/2004) |
| 04/13/2004 | 91 | NOTICE OF INTERESTED PARTIES filed by deft James W Reed pro se. 2pgs (cc: DSD, AUSA & PO) (LEG) Modified on 4/15/2004 (LG). (Entered: 04/15/2004) |
| 04/13/2004 | 92 | NOTICE of protest and notice of acts of unclean hands and, statutory bars by deft James W Reed pro se. 3pgs (cc: DSD, AUSA & PO) (LEG) Modified on 4/15/2004 (LG). (Entered: 04/15/2004) |
| 04/13/2004 | 93 | AFFIDAVIT IN SUPPORT OF NOTICE OF PROTEST AND NOTICE OF ACTS OF UNCLEAN HANDS, AND STATUTORY BARS filed by deft James W Reed pro se. 3pgs (second part of doc # 92) (LEG) (Entered: 04/15/2004) |
| 04/15/2004 | 90 | Minute Entry for proceedings held before Judge David S Doty :Final Hearing re Revocation of Supervised Release as to James W Reed held on 4/15/2004. Deft is sentenced to 24 months with no supervised release to follow. Deft in custody. (Court Reporter Lorilee Fink) (CLB) (Entered: 04/15/2004) |
| 04/15/2004 | 94 | SENTENCING JUDGMENT ON SUPERVISED RELEASE VIOLATION as to James W Reed . Signed by Judge David S Doty on 4/15/04. (LEG) (Entered: 04/16/2004) |
| 10/02/2006 | 95 | MOTION for Order for *Debtor Examination* by United States of America as to James W Reed. (Attachments: # 1 Attachment A)(Trippler, Mary) (Entered: 10/02/2006) |
| 10/03/2006 | 96 | ORDER FOR JUDGMENT DEBTOR EXAMINATION as to James W Reed (1). Signed by Chief Magistrate Judge Raymond L Erickson on 10/3/06. Copy mailed to defendant.(LEG) (Entered: 10/04/2006) |
| 10/04/2006 | 97 | Certificate of Service by United States of America as to James W Reed re 96 Order on Motion to Order for, 95 MOTION for Order for *Debtor Examination*.(Trippler, Mary) (Entered: 10/04/2006) |
| 10/10/2006 | | Mail Returned as Undeliverable. Order, doc #96 not resent to James W. Reed. (MKF) (Entered: 10/10/2006) |
| 02/06/2007 | 98 | APPLICATION FOR WRIT OF GARNISHMENT as to James W Reed and garnishee Arthur Engelland & Associates. Signed by Magistrate Judge Arthur |

| | | J. Boylan on 2/5/07. Writ issued 2/7/07. (GMO) (Entered: 02/07/2007) |
|---|---|---|
| 02/06/2007 | 99 | APPLICATION FOR WRIT OF GARNISHMENT as to James W Reed and garnishee Chase Bank . Signed by Magistrate Judge Arthur J. Boylan on 2/5/07. Writ issued 2/7/07. (GMO) Additional attachment added on 2/7/2007 (GMO). (Entered: 02/07/2007) |
| 02/06/2007 | 100 | APPLICATION FOR WRIT OF GARNISHMENT as to James W Reed and garnishee Morrissey & Associates Trustee. Signed by Magistrate Judge Arthur J. Boylan on 2/5/07. Writ issued 2/7/07. (GMO) (Entered: 02/07/2007) |
| 03/19/2007 | 101 | Answer of Garnishee Chase Bank as to James W Reed .(sek) (Entered: 03/19/2007) |
| 07/16/2007 | 102 | Writ of Garnishment Returned Executed on 3/5/07 as to Chase Bank garnishee .(sek) (Entered: 07/17/2007) |
| 07/16/2007 | 103 | Writ of Garnishment Returned Unexecuted as to Arthur Engelland & Associates .(sek) (Entered: 07/17/2007) |
| 07/16/2007 | 104 | Writ of Garnishment Returned Executed on 3/5/07 as to James W Reed and Writ of Garnishment Returned Unexecuted as to Morrissey & Associates Trustee .(sek) (Entered: 07/17/2007) |
| 07/31/2007 | 105 | Garnishment Order as to James W Reed . Signed by Magistrate Judge Arthur J. Boylan on 7/31/07. cc: defendant, Chase Bank. (sek) (Entered: 08/01/2007) |
| 09/14/2007 | 106 | APPLICATION FOR WRIT OF GARNISHMENT as toJames W Reed and garnishee Bank of America. Signed by Magistrate Judge Arthur J. Boylan on 9/14/07. (sek) Modified text on 9/14/2007 (sek). (Entered: 09/14/2007) |
| 10/29/2007 | 107 | Answer of the Garnishee Bank of America as to James W Reed.(JME) (Entered: 10/29/2007) |
| 12/21/2007 | 108 | Writ of Garnishment Returned Executed on 10/10/07 for Bank of American and 11/23/07 for James W Reed.(MKG) (Entered: 12/28/2007) |
| 01/15/2008 | 109 | Garnishment Order as to James W Reed. Signed by Magistrate Judge Arthur J. Boylan on 01/14/08. cc: paper copy to Defendant and Bank of America. (las) (Entered: 01/15/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/11/2015 14:39:18 | | |
| PACER Login: | du2942:3096401:4299065 | Client Code: |
| Description: | Docket Report | Search Criteria: | 0:98-cr-00176-DSD-AJB |
| Billable Pages: | 8 | Cost: | 0.80 |

Inmate Locator

http://www.bop.gov/inmateloc/

A-Z Topics    Site Map    FOIA

| Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

**Find By Number**        **Find By Name**

Type of Number                Number

BOP Register Number          05844041        [ Search ]

Result using number **05844041**

⟳  Clear Form



## JAMES W REED

Register Number: 05844-041

| | | | Related Links |
|---|---|---|---|
| Age: | 56 | | Call or email |
| Race: | White | | Send mail/package |
| Sex: | Male | | Send money |
| | | | Visit |
| Released On: 10/21/2005 | | | Voice a concern |

About the inmate locator & record availability

| About Us | Inmates | Locations | Jobs | Business | Resources | Resources For ... |
|---|---|---|---|---|---|---|
| About Our Agency | Find an inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | Communications | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Articles | Employees |
| Historical Information | Custody & Care | Search for a Facility | Current Openings | Reentry Contracting | Publications | Ex-Offenders |
| Statistics | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Voice a Concern | | | | | |

Contact Us   FOIA   No FEAR Act   Privacy Policy   Information Quality   Website Feedback
USA.gov   Justice.gov   Open Government



CLOSE WINDOW PRINT SCREEN

Account Register Printable View

## TCF Small Business Checking - ******5667

Account Number: ******5667
Current Balance: $.00
- Funds Not Yet Available: $.00
- Other Holds: $.00
Available Balance: $.00
As Of: 09/14/2015 10:33
Year-To-Date Interest: $.00
Last Year's Interest: $.00

### Transactions pending

| Date | Transaction | Description | Status | Amount | Image |
|------|-------------|-------------|--------|--------|-------|
| | | No Pending Transactions | | | |

### Transactions Posted between 03/05/2014 and 09/14/2015

| Date | Transaction | Description | Status | Amount | Image |
|------|-------------|-------------|--------|--------|-------|
| 03/25/2014 | Check 5130 | CHECK | ✓ | $-895.00 | |
| 03/31/2014 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-856.80 | |
| 04/07/2014 | POS Purchase | POS USPS 1636540521 1314 KE | ✓ | $-56.00 | |
| 04/29/2014 | Check 5132 | CHECK | ✓ | $-4,000.00 | |
| 04/30/2014 | ACH Withdrawal | COOK COUNTY PRIO PRPRTY TAX | ✓ | $-1,099.82 | |
| 04/30/2014 | ACH Withdrawal | PROPTY TAX PYMT PROC FEE | ✓ | $-1.00 | |
| 04/30/2014 | Service Charge or Fee | TOTAL POS BANK FEES | ✓ | $-.30 | |
| 05/08/2014 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-856.80 | |
| 05/09/2014 | Check 5131 | CHECK | ✓ | $-250.00 | |
| 05/30/2014 | Service Charge or Fee | MONTHLY MAINTENANCE FEE | ✓ | $-4.95 | |
| 06/10/2014 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-856.80 | |
| 06/30/2014 | Service Charge or Fee | MONTHLY MAINTENANCE FEE | ✓ | $-4.95 | |
| 07/03/2014 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-856.30 | |
| 07/03/2014 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-187.00 | |
| 08/04/2014 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-856.80 | |
| 08/26/2014 | Check 5133 | CHECK | ✓ | $-496.00 | |
| 09/05/2014 | Check 5136 | CHECK | ✓ | $-2,240.27 | |
| 09/05/2014 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-856.80 | |
| 09/09/2014 | Check 5134 | CHECK | ✓ | $-250.00 | |
| 09/30/2014 | Service Charge or Fee | MONTHLY MAINTENANCE FEE | ✓ | $-4.95 | |

**Transaction Status Legend:**

| ✓ | 🗓 | ⇌ | ✗ |
|---|---|---|---|
| Posted | Scheduled | Pending | Problem |



PLAINTIFF'S
EXHIBIT

J

CLOSE WINDOW  PRINT SCREEN

Account Register Printable View

## TCF Small Business Checking - *******5667

Account Number: *******5667
Current Balance: $.00
- Funds Not Yet Available: $.00
- Other Holds: $.00
Available Balance: $.00
As Of: 09/14/2015 10:34
Year-To-Date Interest: $.00
Last Year's Interest: $.00

### Transactions pending

| Date | Transaction | Description | Status | Amount | Image |
|------|-------------|-------------|--------|--------|-------|
| | | No Pending Transactions | | | |

### Transactions Posted between 03/05/2014 and 09/14/2015

| Date | Transaction | Description | Status | Amount | Image |
|------|-------------|-------------|--------|--------|-------|
| 10/02/2014 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-856.80 | |
| 10/31/2014 | Service Charge or Fee | MONTHLY MAINTENANCE FEE | ✓ | $-4.95 | |
| 11/04/2014 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-856.80 | |
| 11/26/2014 | Check 5137 | CHECK | ✓ | $-2,000.00 | |
| 12/02/2014 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-856.80 | |
| 01/06/2015 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-856.80 | |
| 02/04/2015 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-361.64 | |
| 02/04/2015 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-474.80 | |
| 03/06/2015 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-474.00 | |
| 03/06/2015 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-360.33 | |
| 04/06/2015 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-360.33 | |
| 04/06/2015 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-474.00 | |
| 04/07/2015 | Check 5139 | CHECK | ✓ | $-795.00 | View Image |
| 04/21/2015 | Check 5141 | CHECK | ✓ | $-1,202.17 | View Image |
| 04/22/2015 | Check 5142 | CHECK | ✓ | $-35.19 | View Image |
| 05/04/2015 | Check 5143 | CHECK | ✓ | $-56.00 | View Image |
| 05/07/2015 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-474.00 | |
| 05/07/2015 | ACH Withdrawal | JPMorgan Chase QuickPay | ✓ | $-360.33 | |
| 05/14/2015 | Other Withdrawal | DEPOSITED ITEM RETURNED | ✓ | $-800.00 | |
| 05/14/2015 | Service Charge or Fee | DEPOSITED ITEM RETURNED FEE | ✓ | $-20.00 | |

### Transaction Status Legend:

| ✓ | ▦ | ⇌ | ✕ |
|---|---|---|---|
| Posted | Scheduled | Pending | Problem |

PLAINTIFF'S EXHIBIT


# ◯ CHASE

## Chase QuickPay℠ Activity

Hello, GEORGE PITSILOS (g.pits@yahoo.com)      Edit profile

+ Search for transaction

| Send On ▲ | Status | Recipient | Amount |
|---|---|---|---|
| 08/06/2015 | Completed | 7942 COUNTRY CLUB INC "monthly assessment 2956 02" | $474.00 |
| 08/06/2015 | Completed | 7942 COUNTRY CLUB INC "monthly assessment 4005 03" | $360.93 |
| 07/03/2015 | Completed | 7942 COUNTRY CLUB INC "2956" | $474.00 |
| 07/03/2015 | Completed | 7942 COUNTRY CLUB INC "4005" | $360.93 |
| 06/04/2015 | Completed | 7942 COUNTRY CLUB INC "4005" | $360.93 |
| 06/04/2015 | Completed | 7942 COUNTRY CLUB INC "2956" | $474.00 |
| 05/05/2015 | Completed | 7942 COUNTRY CLUB INC "May Ass. 4005" | $360.93 |
| 05/05/2015 | Completed | 7942 COUNTRY CLUB INC "May Ass. 2956" | $474.00 |
| 04/02/2015 | Completed | 7942 COUNTRY CLUB INC "2956 Pulaski" | $474.00 |
| 04/02/2015 | Completed | 7942 COUNTRY CLUB INC "4005 Wellington" | $360.93 |
| 03/05/2015 | Completed | 7942 COUNTRY CLUB INC "March assessment 2956 - 02" | $474.00 |
| 03/05/2015 | Completed | 7942 COUNTRY CLUB INC "March assessment 4005 - 03" | $360.93 |
| 02/02/2015 | Completed | 7942 COUNTRY CLUB INC "4005 -Feb" | $361.54 |
| 02/02/2015 | Completed | 7942 COUNTRY CLUB INC "2956 Feb" | $474.80 |
| 01/03/2015 | Completed | 7942 COUNTRY CLUB INC | $856.60 |
| 11/30/2014 | Completed | 7942 COUNTRY CLUB INC "Dec." | $856.60 |
| 11/02/2014 | Completed | 7942 COUNTRY CLUB INC | $856.60 |
| 10/01/2014 | Completed | 7942 COUNTRY CLUB INC "Oct." | $856.60 |
| 09/03/2014 | Completed | 7942 COUNTRY CLUB INC | $856.60 |



| 08/01/2014 | Completed | 7942 COUNTRY CLUB INC | $856.60 |
| 07/02/2014 | Completed | 7942 COUNTRY CLUB INC | $856.60 |
| 07/02/2014 | Completed | 7942 COUNTRY CLUB INC "HVAC" | $187.00 |
| 06/07/2014 | Completed | 7942 COUNTRY CLUB INC | $856.60 |

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

*File Number*          6938-525-7



# STATE OF ILLINOIS
## OFFICE OF
## THE SECRETARY OF STATE

## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 2 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR GOTHAM CORPORATION.



PLAINTIFF'S
EXHIBIT
2.1



*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 21ST *day of* SEPTEMBER *A.D.* 2015 .

*Jesse White*

SECRETARY OF STATE

Authentication #: 1526401933 verifiable until 09/21/2016.
Authenticate at: http://www.cyberdriveillinois.com

FORM **NFP 102.10**
ARTICLES OF INCORPORATION
General Not For Profit Corporation Act
File # __69385257__

Filing Fee: $50
Approved By: ____JXR____

**FILED**
**JAN 11 2014**
**Jesse White**
**Secretary of State**

**Article 1.**
Corporate Name: __GOTHAM CORPORATION__

**Article 2.**
Registered Agent: __PROVEST DE II INC__

Registered Office: __150 N MICHIGAN AVE STE 2800__

CHICAGO                    IL   60601-7508            COOK COUNTY

**Article 3.**
The first Board of Directors shall be _____3_____ in number, their Names and Addresses being as follows

GEORGE SOMER 150 N MICHIGAN AV STE 2800 CHICAGO IL 60601

JAMES REED 150 N MICHIGAN AV STE 2800 CHICAGO IL 60601

ADRIAN RUIZ 150 N MICHIGAN AV STE 2800 CHICAGO IL 60601

**Article 4.**   Purpose(s) for which the Corporation is organized:
Charitable.

Benevolent.

Research.

Promoting the development, establishment, or expansion of industries.

Any purpose permitted to be exempt from taxation under Section 501(c) or 501(d) of the United States Internal Revenue Code, as now in or hereafter amended.

Is this Corporation a Condominium Association as established under the Condominium Property Act?   ☐Yes ☑No
Is this a Cooperative Housing Corporation as defined in Section 216 of the Internal Revenue Code of 1954?   ☐Yes ☑No
Is this Corporation a Homeowner's Association, which administers a common-interest community as defined   ☐Yes ☑No
in subsection (c) of Section 9-102 of the code of Civil Procedure?

**Article 5.   Name & Address of Incorporator**
The undersigned incorporator hereby declares, under penalties of perjury, that the statements made in the foregoing Articles of Incorporation are true.

|  |  |
|---|---|
| JAMES REED | 150 N MICHIGAN AV STE 2800 |
| Name | Street |

Dated ____JANUARY 11____ , __2014__     CHICAGO, IL  60601
      Month & Day        Year              City, State, ZIP

Anniversary JANUARY

County COOK

**STATE OF ILLINOIS**
Office Of
**THE SECRETARY OF STATE**

N 6938-525-7
File Number

### CERTIFICATE OF DISSOLUTION OF DOMESTIC CORPORATION
### NOT FOR PROFIT

WHEREAS it appears that

GOTHAM CORPORATION
% PROVEST DE II INC                     011114
150 N MICHIGAN AVE STE 2800
CHICAGO IL  60601-7508



being a corporation organized under the laws of the State of Illinois relating to Domestic

Corporations, has failed to **file an annual report**

as required by the provisions of "General Not For Profit Corporation Act" of the State of

Illinois, in force January 1, A.D. 1987, and all acts amendatory thereof; AND WHEREAS,

said acts provided that upon failure to  **file an annual report**

the Secretary of State shall dissolve the corporation.

NOW THEREFORE, the Secretary of State of the State of Illinois, hereby dissolves

the above corporation in pursuance of the provisions of the aforesaid Act.



IN TESTIMONY WHEREOF, I hereto set my hand and

cause to be affixed the Great Seal of the State of Illinois.

Done at the City of Springfield,

this **12TH day of JUNE,**          A.D. 2015

*Jesse White*

Secretary of State

H001053

(Form CDND80 - Rev. 05/14/2014)

*File Number* 6938-525-7



# STATE OF ILLINOIS
## OFFICE OF
## THE SECRETARY OF STATE

## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 2 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR GOTHAM CORPORATION.



PLAINTIFF'S
EXHIBIT
2.2

## In Testimony Whereof, *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 21ST *day of* SEPTEMBER *A.D.* 2015 .



*Jesse White*

SECRETARY OF STATE

Authentication #: 1526401933 verifiable until 09/21/2016.
Authenticate at: http://www.cyberdriveillinois.com



**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

| Year | Corporation File No |
|------|---------------------|
| 2009 | 66785815 |

FILED   Aug 31, 2009

**Jesse White, Secretary of State**

1.  **Corporate Name** GOTHAM CORPORATION

**Registered Agent** JOHN FITZGERALD

**Registered Office** 6171 N SHERIDAN RD APT 1512

**City, IL, Zip Code, County** CHICAGO 606602855 COOK

| Officers | | | | |
|----------|---|---|---|---|
| Title<br>Name & Address | DIRECTOR<br>JAMES REED | 310 BUSSE HWY | PARK RIDGE | IL 60068 |
| Title<br>Name & Address | DIRECTOR<br>HENRIKAS MOCKUS<br>60068 | 310 BUSSE HWY | PARK RIDGE | IL |
| Title<br>Name & Address | | | | |
| Title<br>Name & Address | | | | |
| Title<br>Name & Address | | | | |
| Title<br>Name & Address | | | | |
| Title<br>Name & Address | | | | |
| Title<br>Name & Address | | | | |
| Title<br>Name & Address | | | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT - FIRST DISTRICT

CITY OF CHICAGO, a Municipal                   )
Corporation,                                   )
                                               )
                    Plaintiff,                 )          Case No: 11-M1-400718
                                               )
vs.                                            )          Re:  2954-2960 N. Pulaski/ 4003-
                                               )          4009 W. Wellington
LEONARDO COPPOLA, 3731 N. ST. LOUIS            )
LLC., WELLINGTON & PULASKI                     )          pin# 13-27-221-029-0000
CONDOMINIUM ASSOCIATION, GOTHAM                )               13-11-420-037-1001 through
CORPORATION, FEDERAL NATIONAL                  )               13-11-420-047-1019
MORTGAGE ASSOCIATION, PROVEST                  )
REALTY SERVUCES, INC., EDGEBROOK               )
BANK, BELMONT BANK AND TRUST,                  )
MORTGAGE ELECTRONIC                            )
REGISTRATION SYSTEMS, HECTOR                   )
RODRIGUEZ, DEUTSCHE NATIONAL                   )
TRUST CO. AS TRUSTEE OF THE                    )
INDYMAC INDSE MORTGAGE TRUST                   )
2007-AR13 MORTGAGE PASS-THROUGH                )
CERTIFICATES SERIES 2007-AR13 UNDER            )
POOLING AND SERVICING AGREEMENT                )
DATED MAY 1, 2007, EMC MORTGAGE                )
CORP., CARLOS RASILLA, CHASE HOME              )
FINANCE LLC, REMY O'BRIEN, BANK OF             )
AMERICA, BAC HOME LOANS                        )
SERVICING, HSBC BANK USA, ALBERTO              )
TAPIE, TENANTS AND OCCUPANTS, AND              )
UNKNOWN OWNERS AND NONRECORD
CLAIMANTS

                    Defendants.



## SECOND AMENDED COMPLAINT

Plaintiff City of Chicago ("City"), by its attorney, Stephen Patton, Corporation Counsel,

complains of the Defendants as follows:

### GENERAL ALLEGATIONS

#### Nature of the Case



1

1.      The City brings this action pursuant to its police power as a home rule unit under

Article VII of the Illinois Constitution, which includes "the power to regulate for the protection of the

public health, safety, morals and welfare." Ill. Const. art. VII, par. 6(a). As a further grant of

authority, the City brings this action pursuant to the Unsafe Property Statute, 65 ILCS 5/11-31-1(a) et

seq. (2004), as amended, and the Injunctive Relief Statute for Building and Zoning Violations, 65

ILCS 5/11-13-15 (2004), as amended. Finally, the City brings this action pursuant to the Illinois

Condominium Property ("Distressed Condominium") Act, 765 ILCS 605/14.5 (2009). By bringing this

action, the City seeks, among other things, to abate the dangerous and unsafe conditions at the property

in question and to obtain equitable relief, civil penalties, attorney's fees and costs in this matter.

### The Parties and the Property at Issue

2.      The City is a municipal corporation organized and existing under the laws of the State

of Illinois.    Within the corporate limits of the City, there is a parcel of real estate legally described

as:

LOTS 1 AND 2 IN BLOCK 3 IN BELMONT GARDENS, BEING A SUBDIVISION

OF PART OF THE NORTHEAST ¼ OF SECTION 27, TOWNSHIP 40 NORTH,

RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY,

ILLINOIS.

This parcel is commonly known as 2954-60 N. Pulaski/ 4003-9 W. Wellington ("Subject Property")

and has permanent index numbers of 13-27-221-029-0000 and 13-27-221-037-1001 through 1019.

3.      Located on the Subject Property is a 3-story building with 17 dwelling units and 3

commercial units. The last known use of the structure was mixed residential and commercial.

4.      At all times relevant to this complaint, the Defendants owned, managed, controlled,

collected rents from, had a legal or equitable interest in, or contributed to the ongoing violations at the

subject property. More specifically:

2

a.   On January 9, 2007, a condominium declaration was filed delineating Defendant Wellington & Pulaksi Condominium Association Inc. as the condominium association for the subject property. The association has recorded a lien against many of the units in the building.

b.   Defendant 3731 N. St Louis LLC, Inc. is listed as the developer in the condominium declaration and is the last taxpayer of record.

c.   Commercial Unit 1, PIN 13-27-221-037-1001

The current owner is LEONARDO COPPOLA. The mortgagee is PROVEST REALTY SERVICES AND EDGEBROOK BANK.

d.   Commercial Unit 2, PIN 13-27-221-037-1002
The current owner is LEONARDO COPPOLA. The mortgagee is PROVEST REALTY SERVICES AND EDGEBROOK BANK.

e.   Commercial Unit 3, PIN 13-27-221-037-1003.
The current owner is LEONARDO COPPOLA. The mortgagee is PROVEST REALTY SERVICES AND EDGEBROOK BANK.

f.   Unit #4003-1, PIN 13-27-221-037-1004
The current owners are FEDERAL NATIONAL MORTGAGE ASSOCIATION after the completion of a foreclosure.

g.   Unit 4005-1, PIN 13-27-221-037-1005
The current owners are FEDERAL HOME LOAN MORTGAGE CORPORATION after the completion of a foreclosure.

h.   Unit 4007-1, PIN 13-27-221-037-1006
The current owners are FEDERAL HOME LOAN MORTGAGE CORPORATION after the completion of a foreclosure.

i.   Unit 4009-1, PIN 13-27-221-037-1007
The current owner is HECTOR RODRIGUEZ. The mortgagee is BELMONT BANK AND TRUST CO. There is a foreclosure pending, case # 10-CH-34608.

j.   Unit 2956-2, PIN 13-27-221-037-1008
The current owners is DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF THE INDYMAC INDSE MORTGAGE TRUST 2007-AR13 MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-AR13 UNDER POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007 after the completion of a foreclosure.

3

k.   Unit 2958-2, PIN 13-27-221-037-1009
     The current owners are IVAN VEGA . The mortgagee is MORTGAGE
     ELECTRONIC REGISTRATION SYSTEMS.

l.   Unit 4003-2, PIN 13-27-221-037-1010
     The current owners are Wellington Pulaski Condominium Association.

m.   Unit 4005-2, PIN 13-27-221-037-1011
     The current owners are GOTHAM CORPORATION.

n.   Unit 4007-2, PIN 13-27-221-037-1012
     The current owner is FEDERAL NATIONAL MORTGAGE ASSOCIATION
     after the completion of a foreclosure.

o.   Unit 4009-2, PIN 13-27-221-037-1013
     The current owners are EMC MORTGAGE CORP. after the completion of a
     foreclosure.

p.   Unit 2956-3, PIN 13-27-221-037-1014
     The current owner is CARLOIS RASILLA. . The mortgagee is CHASE HOME
     FINANCE LLC. . There is a foreclosure pending, case #09 CH 28428.

q.   Unit 2958-3, PIN 13-27-221-037-1015
     The current owner is REMY O'BRIEN. The mortgagee is BANK OF
     AMERICA. There is a foreclosure pending, case #10-CH-20949.

r.   Unit 4003-3, PIN 13-27-221-037-1016
     The current owner is HSBC Bank USA, after the completion of a foreclosure.

s.   Unit 4005-3, PIN 13-27-221-037-1017
     The current owner is Chicago Properties Express.

t.   Unit 4007-3, PIN 13-27-221-037-1018
     The current owners are FEDERAL NATIONAL MORTGAGE
     ASSOCIATION, after the completion of a foreclosure.

u.   Unit 4009-3, PIN 13-27-221-037-1019
     The current owner is ALBERTO TAPIE, after the completion of a foreclosure.

v.   Defendants also include all tenants and occupants and unknown owners and
non-record claimants.

**Count I**
**Building Code Violations**

4

5.    The City realleges and incorporates the allegations of paragraphs 1 through 4 of the

General Allegations as paragraph 5 of Count I and further alleges:

6a.    That on or about October 28, 2010, and on each succeeding day thereafter and on

numerous other occasions, the Defendants failed to comply with the Municipal Code of the City of

Chicago ("Code") regarding:

a.    CN061014
REPAIR EXTERIOR WALL
Failed to maintain the exterior walls of a building or structure free from holes, breaks,
loose or rotting boards or timbers and any other conditions which might admit rain or
dampness to the walls. (13-196-530(b),13-196-641) in that the east elevation exterior
wall has fractured masonry and washed out mortar.

b.    CN062024
PARAPET Failed to maintain parapet wall in good repair and free from cracks and
defects. (13-196-530 and 13-196-641) in that on the east elevation the parapet wall,
there is fractured masonry with washed out mortar.

c.    CN085014
REPAIR LINTELS
Failed to maintain lintel in good repair and free from cracks and defects. (13-196-
530(e), 13-196-641) in that the lintels at the entryways are rusted and sagging.

d.    CN070024
REPAIR PORCH SYSTEM
Failed to repair or replace defective or missing members of porch system. (13-196-570,
13-196-641) in that on the exterior wood porch systems there are worn and loose
sections throughout porch and stair systems, columns lack sufficient footings; columns
are overnotched; ledgerbords and stringer connections are only nailed and lack bolts;
hand and guardrails, ledger boards, stringers, treads are separating and cracked.

e.    CN074014
SERVICE WALK, PASSAGE, AREAWAY
Failed to maintain exterior service walks, passage and areaways in clean, sanitary and
safe condition (13-196-630, 13-196-641) in that there is a large sections of missing
sidewalk on the south elevation.

e.    CN076014
PROVIDE GUTTER & DOWNSPOUT
Install and connect roof gutter and downspout to sanitary sewer. (13-168-600) in that
there are missing sections of downspout.

f.    CN104015
REPLCE WINDOW PANES, PLEXGLAS
Replace broken, missing or defective window panes. (13-196-550 A) in that there are
broken panes in windows that are dangerous and loose and hanging at south, east, and
south-east sections of the buildings.

g.    CN105045
INSTALL DEAD BOLT LOCK
Failed to install dead bolt lock, with at least one inch saw resistant bolt projection or with
rim mounted deadbolt or vertical drop-bolt lock of equivalent security, at the entrance
door of a dwelling unit (13-164-030) in that the entry door does not have a deadbolt
lock.

h.    CN196029
POST OWNER/MANAGERS NAME AND NUMBER

5.

Post name, address, and telephone of owner, owner's agent for managing, controlling or collecting rents, and any other person managing or controlling building conspicuously where accessible or visible to public way (13-12-030) in that there are no owner identification posted.

i.     CN198019
FILE BLDG REGISTRATION
File building registration statement with Building Dept (13-10-030, 13-10-040) in that the building has not been registered as required.

j.     EL0023
INSTALL COVERS
Install cover on outlet or junction box (18-27-370.25) in that on the west elevation there is an electrical service entrance conduit without a cover.

k.     EL0036
COVER OUTLETS AND JBS
Install cover on outlet or junction box (18-27-370.25) in that there are open electrical boxes and exposed wiring in 2954 at the ceiling.

6b. That on or about March 16, 2012, and on each succeeding day thereafter and on numerous other occasions, the Defendants failed to comply with the Municipal Code of the City of Chicago ("Code") regarding:

a.   CN 104015
REPLACE WINDOW PANES, PLEXGLASS
Replace broke, missing or defective window panes. (13-196-550 A).
Replace multiple broken glass block sections. 2.-2958 2nd floor kitchen window pane smashed, double pane sash.

b.   CN 065034
REPAIR WINDOW SILLS
Failed to maintain window sill in good and repair and free from cracks and defects. (13-196-530(e), 13-196-550, 13-196-641.
Repair crumbling white stone sills. 2nd floor west by alley.

c.   CN 197087
CARBON MONOXIDE DETECTORS IN RESIDENCE
Install carbon monoxide detector within 40 feet of every sleeping room in residential structure. (13-64-190, 13-64-210) A carbon monoxide detector is needed whenever there is a heating appliance on the premises that burns fossil fuel such as gas, oil, or coals, or air that is circulated through a heat exchanger. Install according to manufacturer instructions. A hard wired model requires an electrical wring permit. In a single family residence, be sure the detector is on or below the lowest floor with a place to sleep. In a multiple dwelling residence heated by a boiler, install a detector in the same room as the boiler. Otherwise, each apartment follows single family guidelines. The owner is responsible for installation and written instructions, the tenant for testing, maintenance, and batteries.
Missing or defective detectors. 4009- 1st floor. 4007. 1st, 2nd, and 3rd floor. 4005. 3rd floor. 4003. 2nd floor. 2956. 3rd. floor.

d.   CN 197019

6

INSTALL SMOKE DETECTORS
Install and maintain approved smoke detectors. (13-196-100 thru 13-196-160) Install a smoke detector in very dwelling unit. Install one on any living level with a habitable room or unenclosed heating plant, on the uppermost ceiling of enclosed porch stairwell. And within 15 feet of every sleeping room. Be sure the detector is at least 4 inches from the wall, 4 to 12 inches from the ceiling, and not above door or window.
Missing or defective smoke detectors. 4003 1st, 2nd floor. 4005 1st and 2nd floor. 4007 1st, 2nd, and 3rd floor. 2956 3rd floor.

e.  CN 131016
SCREEN OUTER DOORS, WINDOWS.
Screen outer doors, windows, and other outer openings adequately from April 15th to Nov. 15. (12-196-560 B).
Missing screen doors on all exterior rear doors.

f.  CN 012022
1HR FLR OVER BASEMENT, 1 OR 2 DWELLING UNITS.
Failed to construct floor over basement with materials of at least one hour fire resistance, other than in single family and two family dwellings. (13-60-200).
Exposed ceiling joists. East basement areas, 2954-60 N. Pulaski.

g.  CN 012012
¼ HR FLR OVER BASEMENT, 3+ DWELLING UNIT, PRE 57.
Basement ceiling plaster with multiple and large areas of plaster damaged and/or missing. (13-196-710)
North basement areas, 4003-09 W Wellington.

h.  CN 019012
ENCLOSE FLOOR OPENINGS WITH 1 HOUR FIRE RESISTENCE.
Furnace enclosures with unsealed pip penetrations and open or damaged plaster ceilings. (15-8-160, 15-8-120)
All apartments and basement areas.

i.  CN 067014
REPAIR ROOF
Failed to maintain roof in sound condition and repair, watertight and free from defects. (13-196-530, 13-196-530© and 13-196-641.
Front room with damaged/stained ceiling plaster due to roof leak. 4005 3rd floor.

j.  CN 070014
REPAIR EXTERIOR STAIR.
Failed to maintain exterior stairways in safe condition and in sound repair. (13-196-570, 13-196-641).
Grade to basement concrete steps without a hand rail. North west steel stair

7

system.

k.  CN 1103015
    REPAIR FLOOR.
    Failed to maintain floor free from holes and wide cracks and free from loose,
    warped, protruding or rotting floor boards. (13-196-540(a) and (b)).
    Massage clinic floor by the north exist door area with a hole, multiple torn or
    ripped carpeting throughout.

l.  NC 2011.
    PLANS AND PERMITS REQUIRED- CONTRACTOR.
    Performed or allowed work to be performed without submitting plans,
    prepared, signed and sealed by a licenses architect or registered structural
    engineer for approval and without obtaining a permit to perform the work.
    (13-32-010, 13-32-040, 13-40-020, 13-12050).
    Submit the plans and permits utilized to add a family unit in basement. 4007
    W. Wellington.

m.  CN 111085.
    CEILING HEIGHT – 7' BASEMENT.
    Increase ceiling high tot 7 ft. (13-48-010 thru 13-48-100, 13-200-120, 13-
    200-16 F, 13-200-230D).
    Basement ceiling height lower than 7 ft. 2.-metal ducts at 6'3'' in height.

n.  CN 111095 .
    WINDOW AREA ABOVE GROUND.
    Locate minimum window area entirely above ground. (13-172-010 thru 13-
    172-150, 13-200-230 C, 13-200-370, 13-200-380).
    Window area providing natural light and ventilation under sized in all
    rooms. 4007 W. Wellington.

o.  CN 111045.
    CORRDIDOR ENCLOSURE- BASEMENT.
    Enclose public corridor adequately. (13-196-650, 13-196-680, 13-196-740
    D).
    Basements second exit is thru an area that originally was the electrical meter
    room, the walls separating the family unit have multiple holes and are not of
    one hour fire rating. 4007 W. Wellington.

p.  CN 015062
    OBSTRUCTIONS IN EXIT WAY.
    Failed to remove obstruction from exitway that hampers travel and
    evacuation. (13-160-070, 13-1196-080).
    Basement rear exit with junk and debris in exit travel path. 4007 W.
    Wellington.

q.  . CN 105025.

8

REPAIR DOOR FRAME, MULLIN.
Repair or replace floor frame. (13-196-550).
Rear basement door without frame casings, open joists.

r.  NC 2011
PLANS AND PERMITS REQUIRED- CONTRACTOR.
Performed or allowed work to be performed without submitting plans,
prepared, signed and sealed by a licenses architect or registered structural
engineer for approval and without obtaining a permit to perform the work.
(13-32-010, 13-32-040, 13-40-020, 13-12050).
Extensive rehab of apartment, multiple walls were relocated and/or removed.
2.-new drywall etc. 2956 2nd floor.

s.  PL 159047
REPLACE DEFECTIVE VALVE, PIPING.
Repair or replace defective valve or piping system. (18-29-102.3)
Remove all PVC piping in entire building.

t.  PL 194039
REMOVE
Removed all flex water lines as per 18-29-1023.

u.  PL 15*9057
STOP ODORS PRP DFT DEWAGE SYS.
Repair defective plumbing and sewage system.
Repair and/or replace entire sewage system.

v.  PL 232050
REMOVE WATER, SOIL, WASSTE, VENT.
Remove reoughed in water supply, soil, waste, and vent piping installed
without permit. (13-12-050, 13-332-010)
remove the washing machine piping installed without proper permits. 2956
N Pulaski 1st thru 3rd floor.

w.  PL 234008
EXTEND SOIL/WASTE THROUGH ROOF.
Extend soil/waste stack vent through roof. (18-29-904.1)
Extend to 7 feet above roof line. 2956 3rd floor.

x.  PL 157047
STOP LEAAKING WATER
Stop leaking water. (18-29-102.3)
Kitchen sink p-trap leaking, bathroom faucet also. 4003 2nd floor.

y.  EL 0006
PROPER SIZE GRID ELECTRODE CONDUCTOR.
Install proper size grounding conductor.

9

No grounding electrode conduction, condition is dangerous and hazardous.

z.  EL 0023 |
INSTALL COVERS
Install cover on outlet or junction box. (18-27-370.25).
In all basement areas there are open junction boxes. 2-4005-07 basement
area there are meter and distribution panel covers missing, dangerous and
hazardous condition.

aa. EL 0024
INSTALL ILLUMINATION.
Install hall, corridor, stair, accessible attic, closet, basement storeroom,
utility room, and/or garage. (18-27-700.6, 18-27-560.7, 18-27-700.8, 18-27-
700.9, 18-27-700.10)
Missing proper illumination at exit areas. Rear exterior areas.

bb. EL 0025
SYSTEM III
Install system III emergency lighting. (18-27-700.6, 18-27-700.22)
Required emergency lighting system has not been installed, building is
above 5 dwelling units. 2-permit is required.

cc. EL 0084
L.B. cover missing from electrical service piping, install as per 18-27-370-
16.

dd. VT 0010
ARRANGE COMPLETE PERMIT INSPECTION.
Arrange mechanical ventilation or warm air heating system final inspection
when work completed. (13-12-100, 13-176-310, 13-184-140)

ee. VT 2030
INSTALL VENT/AS SHOWN ON PLANS.
Install ventilation as shown on approved plans. (13-40-100, 13-176-070).
As per 18-28-307.2.2. 18-28-307.2.4 18-28-307.2.5. No drain pans were
installed, condensate drains not properly installed, condensate drains must be
trapped.

ff. VT 2030
INSTALL VENT/AS SHOWN ON PLANS.
Install ventilation as shown on approved plans. (13-40-100, 13-176-070).
As per 18-28-801.19 there shall be no common vents of furnaces, all
furnaces, all furnaces should be vented separately.

7.   That Michael Merchant is the Commissioner of the Department of Buildings of the City

of Chicago, and as such and through the reports of the City of Chicago Department of Buildings

inspectors, he or the undersigned has knowledge of the facts stated in this complaint.

8.    That this proceeding is brought pursuant to the provisions of the Municipal Code of Chicago, and of Chapter 65, Section 5/11-31-1, 5/11-31-2, and 5/11-13-15 of the Illinois Compiled Statutes, as amended.

**WHEREFORE**, the City requests that this Court enter an Order:

A.    Declaring that all Defendants violated the Building Code of the City of Chicago at the Subject Property;

B.    Fining all Defendants $500 for each violation of the Code listed herein, whereby each and every day that a violation of the Code persists constitutes a separate and distinct violation;

C.    Requiring all Defendants to immediately repair, cure, and abate the violations of the Code listed herein;

D.    Requiring all Defendants to hire licensed and bonded professionals to repair, cure, and abate the violations of the Code listed herein;

E.    Requiring all Defendants to secure the plans and permits required to repair, cure, and abate the violations of the Code listed herein; and

F.    Granting any other relief that this Court deems appropriate.

## COUNT II
### Appointment of Receiver

9.    The City realleges and incorporates paragraphs 1 through 8 of the General Allegations as paragraph 9 of Count II and further alleges:

10.    That Michael Merchant, the Commissioner of the Department of Buildings of the City of Chicago, has determined that the Subject Property is dangerous and unsafe.

11.    That the Defendants or parties in possession and control of the Subject Property have

11

failed to correct, after due notice, these unsafe and unhealthy building conditions.

12.     That the levying of a fine is not an adequate remedy for the abatement of a nuisance, and that it is necessary that a temporary and permanent injunction issue and that a general receiver be appointed to bring the Subject Property into compliance with the Code.

13.     That equitable remedies other than the appointment of a general receiver are inadequate because, on information and belief, the conditions which now exist at the Subject Property will remain unabated without the appointment of a general receiver, and will result in the loss of salvageable housing stock, as well as cause irreparable harm to tenants, occupants, neighboring property owners, and the general public.

14.     The City recommends appointment of a qualified general receiver to the Subject Property to correct the defective conditions thereon.

15.     That the general receiver's bond should be waived pursuant to 65 ILCS 5/11-31-2.3 (2004).

16.     That the applicant's bond should be excused pursuant to 65 ILCS 5/11-31-2.3 (2004) and 735 ILCS 5/2-415(a) (2004).

WHEREFORE, the City requests that this Court enter an Order:

A.     Appointing a general receiver to correct the defective conditions at the premises located at 2954-80 N. Pulaski/ 4003-9 W. Wellington, in the City of Chicago, with powers granted and duties imposed, as set forth in paragraph B, below, until further order of court;

B.     Authorizing and ordering the receiver to enter into possession of the premises, to maintain the premises and make repairs thereto as follows, to wit:

1.     Investigate, draft and submit a written feasibility report to this Court concerning the management and repair of the premises, including evaluation of tenancy or

12

occupancy of the premises, and a property and budget analysis;

2.    Request information from the Department of Buildings regarding the hazardous conditions existing at the premises and the order in which they should be abated; to make emergency repairs not exceeding $5,000.00, unless prior authorization is obtained from this Court; to obtain a minimum of three (3) contractor's bids for repair of said hazardous conditions; to obtain information as to the condition of title to the premises, including current owners and all parties having an interest in the property; to obtain estimates on the utility, insurance and fiduciary bond costs associated with the premises; and to identify and obtain rehabilitation funding;

C.    Authorizing the receiver to employ agents to assist in the performance of his/her receivership duties;

D.    Authorizing the receiver to issue and to assign receiver's certificates in the amount of the funds expended or required to complete said repairs, in accordance with Section 5/11-31-2 of Chapter 65 of the Illinois Compiled Statutes, as amended;

E.    Ordering the Defendants to pay for the costs incurred by the receiver;

F.    Ordering the receiver to report to the court, at the next hearing on this matter, the results of his/her feasibility study, including the estimated cost of repairs, a proposed source of loan funding, if available, and a recommendation as to whether further repairs of the premises should be made;

G.    Enjoining and restraining the Defendants who have been personally served or generally appeared in this cause from interfering with or obstructing the receiver's performance of his/her receivership duties;

H.    Requiring the Defendants to deliver to the receiver all leases, books of account, and all

13

other papers and documents necessary to conduct a feasibility study of the premises, together with all keys to the premises seven days following the date of entry of an order appointing a receiver;

I. ....    ...Excusing receiver's bond pursuant to 65 ILCS 5/11-31-2.3 (2004);

J. ....    ...Excusing applicant's bond pursuant to 65 ILCS 5/11-31-2.3 (2004) and 735 ILCS 5/2-415(a) (2004); and

K.    Continuing this matter for a receiver's report and determination of whether a general receivership of the premises is feasible.

### COUNT III

### Distressed Condominium Property Provisions

17.    The City re-alleges and incorporates paragraphs 1 through 7 of the General Allegations as paragraph 17 of Count III and further alleges:

18.    The Condominium Property Act provides that a distressed condominium property is a parcel containing condominium units which are "operated in a manner or have conditions which may constitute a danger, blight, or nuisance to the surrounding community or to the general public." 765 ILCS 605/14.5(a).

19.    The Condominium Property Act authorizes the City of Chicago to seek a court order finding that a property is a distressed condominium and appointing a receiver for the property. 765 ILCS 605/14.5, et seq.

20.    The dangerous conditions giving rise to the status of distressed condominium property must include, but are not limited to, two (2) or more of the following conditions:

a.    50% or more of the condominium units are not occupied by persons with a legal right to reside in the units;

b.    The building has serious violations of any applicable local building code or

14

zoning ordinance;

   c.   60% or more of the condominium units are in foreclosure or are units against which a judgment of foreclosure was entered within the last 18 months;

   d.   There has been a recording of more condominium units on the parcel than physically exist;

   e.   Any of the essential utilities to the parcel or to 40% or more of the condominium units is either terminated or threatened with termination;

   f.   There is a delinquency on the property taxes for a least 60% of the condominium units.

21.   The subject property contains two or more of the above-mentioned dangerous conditions, as follows:

   a.   The building has serious violations of the City of Chicago Municipal Code as described in paragraph 9 of Count One. The City re-alleges and incorporates paragraph 6 by reference, the dangerous porches, the exterior wall violations, and the electrical violations.

   b.   Approximately 80% of the 20 units are in foreclosure now or have been in the past eighteen months.

   c.   The property was posted for a water shut off due to a lack of payment.

22.   Moreover, the property is in close proximity to a busy intersection.

23.   Based upon the preceding factors, the property is not viable as a condominium.

24.   There is no functioning condominium association or board which can take responsibility for the necessary code repairs at the subject property.

25.   The failure of the defendants who own, control or otherwise manage the subject property to maintain the subject property according to the minimum requirements of the Municipal

Code of Chicago constitutes a danger, blight and/or nuisance to the surrounding community and the public at large. The levying of a fine is not an adequate remedy for the unsafe conditions that exist at the property.

26.    The appointment of a receiver is necessary to abate the nuisance conditions present at this property and to allow for the maintenance and rehabilitation of this blighted property into a safe and inhabitable rental property in compliance with the Municipal Code of the City of Chicago.

27.    A receiver appointed under the Distressed Condominium provision of the Illinois Condominium Property Act shall "have possession of the property and shall have full power and authority to operate, manage, and conserve the property" and must "manage the property as would a prudent person." 765 ILCS 605/14.5(e). The receiver may also, without an order of the court, delegate managerial functions of the receivership to a financially responsible and prudently selected person in the business of managing real estate. 765 ILCS 605/14.5(e).

WHEREFORE, the City requests that this Court:

A.  Make a finding that this property is a distressed condominium property constituting a danger, blight, or nuisance to the surrounding community and general public in that it contains two or more of the conditions listed in 765 ILCS 605/14.5(a)(1)(A) through (F);

B.  Appoint Community Initiatives, Inc. (CII) as general receiver for the property pursuant to 765 ILCS 605/14.5 (c)(2), the receiver to have all powers and authority contemplated in, but not limited by 765 ILCS 605/14.5 (e)(1) through (10) and (f);

C.  Authorize the receiver to recover the cost of any feasibility study, sale, management, maintenance, repair and/or rehabilitation of the property by the issuance and sale of notes or receiver's certificates bearing such interest as the court may fix, pursuant to 765 ILCS 605/14.5 (f).

D.  Authorize the receiver to coordinate with various City agencies and departments, including

16

but not limited to the Chicago Police Department, the Department of Human Services, the Department of Construction and Permits, and the Department of Buildings.

E.   Implead as party defendants all tenants and/or occupants of the subject premises, and enjoin and restrain defendants who have been personally served or generally or limitedly appeared in this cause from interfering with or obstructing the receiver's performance of his or her duties.

F.   Find that the subject property is not viable as a condominium and enter an order pursuant to 765 ILCS 605/14.5 (c) (2) declaring:

   a.   That the property at 2954-2960 N. Pulaski/ 4003-4009 W. Wellington is no longer a condominium;

   b.   That the property is deemed to be owned in common by each of the unit owners;

   c.   That the undivided interest in the property which shall appertain to each unit owner shall be the percentage of undivided interest previously owned by the owner in the common elements; and,

   d.   That any liens affecting any unit shall be deemed to be attached to the undivided interest of the unit owner in the property as provided herein..

G.   Authorize the receiver to enter into a sales contract and transfer the title of the property on behalf of the owners of the property pursuant to 765 ILCS 605/14.5 (d).

H.   Grant any other relief that this court deems appropriate.

Respectfully submitted,
STEPHEN PATTON
Corporation Counsel of the City of Chicago

By: _____
Senior Counsel

Gregory Janes
Building and License Enforcement
City of Chicago, Department of Law
30 North LaSalle Street, Suite 700

Chicago, IL 60602
(312)742-0342

## VERIFICATION BY CERTIFICATION

Pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that he is an Assistant Corporation Counsel of the City of Chicago, and that he is the authorized agent of the Plaintiff for purpose of making this certification, and that the statements set forth in this Complaint are true and correct, except as to matters stated to be on information and belief, and as to such matters he believes the same are true.

By: _____

        Gregory Janes
        Assistant Corporation Counsel

18

other papers and documents necessary to conduct a feasibility study of the premises, together with all keys to the premises seven days following the date of entry of an order appointing a receiver;

I. ......Excusing receiver's bond pursuant to 65 ILCS 5/11-31-2.3 (2004);

J. ...... Excusing applicant's bond pursuant to 65 ILCS 5/11-31-2.3 (2004) and 735 ILCS 5/2-415(a) (2004); and

K. Continuing this matter for a receiver's report and determination of whether a general receivership of the premises is feasible.

## COUNT III

### Distressed Condominium Property Provisions

17. The City re-alleges and incorporates paragraphs 1 through 7 of the General Allegations as paragraph 17 of Count III and further alleges:

18. The Condominium Property Act provides that a distressed condominium property is a parcel containing condominium units which are "operated in a manner or have conditions which may constitute a danger, blight, or nuisance to the surrounding community or to the general public." 765 ILCS 605/14.5(a).

19. The Condominium Property Act authorizes the City of Chicago to seek a court order finding that a property is a distressed condominium and appointing a receiver for the property. 765 ILCS 605/14.5, et seq.

20. The dangerous conditions giving rise to the status of distressed condominium property must include, but are not limited to, two (2) or more of the following conditions:

a. 50% or more of the condominium units are not occupied by persons with a legal right to reside in the units;

b. The building has serious violations of any applicable local building code or

14



CP0335075

**Form BCA-5.25**

(Rev. Jan. 2003)

AFFIDAVIT OF COMPLIANCE FOR SERVICE
ON SECRETARY OF STATE UNDER THE
BUSINESS CORPORATION ACT

File # 0854-2766

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
217-524-6748
www.cyberdriveillinois.com

Remit payment in check or money
order payable to Secretary of State.

This space for use by Secretary of State.

**FILED**

MAR 05 2014

**JESSE WHITE**
**SECRETARY OF STATE**

SUBMIT IN DUPLICATE

Date:

Filing Fee:  $10

Approved:  JCA

1.  Title and Number of Case:

Silverleaf Funding, LLC
_____ first named plaintiff

7942 Country Club, Inc.
_____ first named defendant

Number  13 CH 28231

2.  Name of corporation being served: 7942 Country Club, Inc.

3.  Title of court in which an action, suit or proceeding has been commenced: Cook, Chancery Division

4.  Title of instrument being served:  Summons and Complaint

5.  Basis for service on the Secretary of State: (check and complete appropriate box)

a.  ☑  The corporation's registered agent cannot with reasonable diligence be found at the registered
office of record in Illinois.

b.  ☐  The corporation has failed to appoint and maintain a registered agent in Illinois.

c.  ☐  The corporation was dissolved on _____ , _____ ; the conditions
                                              Month & Day              Year
of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against
or has affected the corporation within five (5) years thereafter.

d.  ☐  The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle
one) on _____ , _____ .
         Month & Day              Year

e.  ☐  The corporation is a foreign corporation that has transacted business in Illinois without procuring
authority, contrary to the provisions of the Business Corporation Act of 1983.

6.  Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by
certified or registered mail: 150 N. Michigan Ave, Suite 2800, Chicago, IL 60601

7.  The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

_____          Feb. 21          2014
     Signature of Affiant            Month & Day         Year

(312) 985 5930
    Telephone Number

**PAID**

MAR 05 2014

DEPARTMENT OF
BUSINESS SERVICES

Return to (please type or print clearly):

Jonathan M. Boulahanis/Clark Hill PLC
            Name

150 N. Michigan Ave, Suite 2700
            Street

Chicago          IL          60601
City/Town       State        ZIP

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10



PLAINTIFF'S
EXHIBIT
N

3848562 mh

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS   CAL
COUNTY DEPARTMENT, CHANCERY DIVISION

SILVERLEAF FUNDING, LLC,                )
                                        )
                         PLAINTIFF,     )
                                        )
V.                                      )   NO:
                                        )   Property Address:
                                        )   7942 West Country Club Ln
                                        )   Elmwood Park, IL 60707
                                        )
7942 COUNTRY CLUB, INC., JAMES REED,    )   2013CH28231
UNKNOWN OWNERS, GENERALLY, AND NON-     )   CALENDAR/ROOM 56
RECORD CLAIMANTS,                       )   TIME 00:00
                                        )   Non Owner Occupied
                         DEFENDANTS.    )

## COMPLAINT FOR FORECLOSURE AND OTHER RELIEF

Plaintiff, Silverleaf Funding, LLC (Silverleaf Funding, LLC) by its attorneys, Kluever &

Platt, LLC, and for its complaint for foreclosure and other relief against the defendants stated

herein, states as follows:

## COUNT I – FORECLOSURE OF MORTGAGE

1.      Plaintiff files this Complaint to foreclose the mortgage hereinafter described and

joins the following persons as defendants:

        a)  7942 Country Club, Inc. a;

        b)  James Reed;

        c)  Unknown Owners Generally; and

        d)  Non-Record Claimants

2.      Plaintiff annexes the following Exhibits which are true and correct copies of the

originals thereof:

        (a)     Exhibit "A" is a true and correct copy of the promissory note ("Note") dated

                October 16, 2012 in the principal amount of $200,000.00 and

1