UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-35476 |
| Wellington & Pulaski Condominium Assn, Inc | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Carol Doyle |
| Debtor(s) | ) | |
| CHI4005 LLC, an Illinois limited liability company | ) | Adv. No.: 15-00786 |
| 4003 Wellington 2, Inc. | ) | |
| Plaintiff(s) | ) | |
| Wellington & Pulaski Condominium Association, Inc., an Illinois not profit corporation, | ) | |
| Wellington Pulaski Irrevocable Trust | ) | |
| The Board of Managers of the Wellington & Pulaski Condominium | ) | |
| 7942 Country Club, Inc., an Illinois not for profit corporation | ) | |
| 7942 Country Club Irrevocable Trust | ) | |
| James Reed | ) | |
| George Somer | ) | |
| Defendant(s) | | |

**Order Granting Motion for Remand Filed by CHI4005 LLC, an Illinois limited liability company, 4003 Wellington 2, Inc.**

On consideration of the Motion of the Movants, CHI4005 L.L.C and 4003 Wellington2 Inc., to remand Adversary Proceeding No. 15-00786 to the State Court, for the reasons stated on the record in open court on December 2, 2015:

1. The Motion is granted. This action in its entirety against all parties is remanded back to the Circuit Court of Cook County.

2. The automatic stay under 11 U.S.C. § 362(a) does not apply to any party in this case other than the putative debtor in the involuntary chapter 11 bankruptcy case (in which an order for relief has not yet been entered), Wellington & Pulaski Condominium Association. No party other than a debtor in bankruptcy is entitled to the protection of the automatic stay, so the state court action between all parties except the Condominium Association can and should go forward without regard to the automatic stay. The automatic stay also has no impact on any order previously entered by the state court against certain non-debtor defendants, including Mr. Reed, who attempted to remove this action to federal court.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: December 02, 2015